# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE WALT DISNEY COMPANY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22−cv−01075−DMG−PD<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 2/16/2022 | 2 | Request for Clerk to Issue Summons on Complaint |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachment 1 Civil Cover Sheet should be e−filed separately. The correct event category is located under Civil Events Other Filings Miscellaneous Filings. Attachment 2 Certification and Notice of Interested Parties should be filed separately. The correct event category is located under Civil Events Other Filings Notices

Clerk, U.S. District Court

Dated: February 17, 2022            By: /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
                                        Deputy Clerk