NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

SIRI & GLIMSTAD LLP
Caroline Tucker (SBN 261377)
Email: ctucker@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 213-376-3739
Facsimile: 646-417-5967
SEE ATTACHMENT HERETO

ATTORNEY(S) FOR: Plaintiff, ROCKMOND DUNBAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROCKMOND DUNBAR

Plaintiff(s),

v.

THE WALT DISNEY COMPANY; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTUREY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,

Defendant(s)

CASE NUMBER:

2:22-cv-1075

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Rockmond Dunbar
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Rockmond Dunbar | Plaintiff |

February 16, 2022
Date

/s/ Caroline Tucker
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Rockmond Dunbar

**ATTACHMENT TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

Name, Address, and Telephone Numbers of Attorney(s)
Or of Party Appearing in Pro Per

**SIRI & GLIMSTAD LLP**
Aaron Siri (*Pro Hac Vice* to be Filed)
Email: aaron@sirillp.com
Elizabeth A. Brehm (*Pro Hac Vice* to be Filed)
Email: ebrehm@sirillp.com
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967