**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Rockmond Dunbar,

PLAINTIFF(S)

v.

The Walt Disney Company, et al.,

DEFENDANT(S).

CASE NUMBER

CV 22-1075-DMG(PDx)

**ORDER TO REASSIGN CASE UPON**
**RECUSAL OF MAGISTRATE JUDGE**
☐ FOR DISCOVERY
☒ PER GENERAL ORDER 05-07

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. § 455

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

February 18, 2022
Date

*Patricia Donohue*

United States Magistrate Judge

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge     **Jacqueline Chooljian**     .
On all documents subsequently filed in this case, please substitute the initials     **JC**     after the case number in place of the initials of the prior judge, so that the case number will read     **2:22-cv-01075-DMG (JCx)**  .  This is very important because the documents are routed to the assigned judges by means of these initials

cc:   *Previous Magistrate Judge*

CV-110 (06/14)                          ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE