# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>　　　　Defendants. | Case No. CV 22-1075-DMG (JCx)<br><br>**ORDER APPROVING PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT [36]** |

|  |  |
|---|---|
| 1 | After having read and considered the Joint Stipulation between Plaintiff Rockmond Dunbar ("**Plaintiff**") and Defendant Twentieth Century Fox Television, a Unit of Twentieth Century Fox Film Corporation ("**Fox**"), the Court hereby extends Fox's current deadline to answer, plead or otherwise respond to the First Amended Complaint be extended through June 3, 2022. |

IT IS SO ORDERED.

DATED: May 20, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE