MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:   +1 310 277 4730

Attorneys for Defendants
TWENTIETH CENTURY FOX FILM
CORPORATION and AMERICAN
BROADCASTING COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROCKMOND DUNBAR, | CASE NO. 2:22-cv-1075-DMG (JCx) |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS ASSERTED IN PLAINTIFF ROCKMOND DUNBAR'S FIRST AMENDED COMPLAINT** |
| v. | |
| AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION, | [*Filed concurrently with (1) Request for Judicial Notice; (2) Memorandum of Points and Authorities; (3) [Proposed] Order*] |
| Defendants. | Date:   July 29, 2022<br>Time:   9:30 a.m.<br>Ctrm.:   8C, 8th Floor |
| | Complaint Filed: February 16, 2022<br>FAC Filed: May 6, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 29, 2022 at 9:30 a.m. or soon thereafter as the matter may be heard in Courtroom 8C of the above-entitled court located on the 8th Floor at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendants American Broad Casting Companies, Inc. and Twentieth Century Fox Television ("Defendants"), through their counsel of record, McDermott Will & Emery, LLP, will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order partially dismissing Plaintiff Rockmond Dunbar's ("Mr. Dunbar") First Amended Complaint ("FAC") on the grounds that Plaintiff fails to plead sufficient facts to support his claims.

Specifically, this Court should dismiss Plaintiff's Second (Disparate Impact), Twelfth (Intentional Interference with Prospective Economic Advantage), and Thirteenth (Negligent Interference with Potential Economic Advantage) Causes of Action for failing to state a claim for relief.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Defendants' concurrently filed Request for Judicial Notice, all pleadings and filings in this matter, and upon such other and further oral or documentary evidence as may be presented at the Court at or prior to the hearing on this motion.

This Motion is made following multiple conferences of counsel pursuant to L.R. 7-3 with the last one taking place on which took place on May 27, 2022.

Dated: June 3, 2022          **MCDERMOTT WILL & EMERY LLP**

By:   */s/Christopher Braham*
        MARIA RODRIGUEZ
        CHRISTOPHER BRAHAM
        ARIEL BEVERLY
        Attorneys for Defendants
        TWENTIETH CENTURY FOX FILM
        CORPORATION and AMERICAN
        BROADCASTING COMPANIES, INC.