1   MARIA RODRIGUEZ (SBN 194201)
    mcrodriguez@mwe.com
2   CHRISTOPHER BRAHAM (SBN 293367)
    cbraham@mwe.com
3   ARIEL BEVERLY (SBN 324656)
    abeverly@mwe.com
4   **MCDERMOTT WILL & EMERY LLP**
    2049 Century Park East
5   Suite 3200
    Los Angeles, CA  90067-3206
6   Telephone:  +1 310 277 4110
    Facsimile:  +1 310 277 4730
7
    Attorneys for Defendants
8   TWENTIETH CENTURY FOX FILM
    CORPORATION and AMERICAN
9   BROADCASTING COMPANIES, INC.

10

11                  **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13

14  ROCKMOND DUNBAR,                    CASE NO. 2:22-cv-1075-DMG (JCx)

15                  Plaintiff,          **DEFENDANTS' REQUEST FOR
                                        JUDICIAL NOTICE IN SUPPORT
16          v.                          OF ITS MOTION TO DISMISS
                                        CLAIMS ASSERTED IN PLAINTIFF
17  AMERICAN BROADCASTING               ROCKMOND DUNBAR'S FIRST
    COMPANIES, INC.; TWENTIETH          AMENDED COMPLAINT**
18  CENTURY FOX TELEVISION, A UNIT
    OF TWENTIETH CENTURY FOX FILM       [*Filed concurrently with (1) Motion to
19  CORPORATION DOING BUSINESS AS       Dismiss; (2) Memorandum of Points and
    20ᵀᴴ TELEVISION,                    Authorities; (3) [Proposed] Order*]
20
                    Defendants.          Date:      July 29, 2022
21                                       Time:      9:30 a.m.
                                         Ctrm.:     8C, 8ᵗʰ Floor
22
                                        Complaint Filed: February 16, 2022
23                                      FAC Filed: May 6, 2022

24

25

26

27

28

ATTORNEYS AT LAW
LOS ANGELES
MCDERMOTT WILL & EMERY LLP

_____

                DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

Federal Rule of Evidence 201 allows a court to take judicial notice of "a fact that is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." See Fed. R. Evid. 201(b).    This includes an internet website. *Turner v. Samsung Telecommunications Am., LLC*, 2013 WL 12126749, at *2 (C.D. Cal. Nov. 4, 2013) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web.").

Accordingly, Defendants Twentieth Century Fox Film Corporation and American Broadcasting Companies, Inc. (collectively as "Defendants") respectfully request that this Court take judicial notice of the following documents in support of its Motion to Dismiss Claims Asserted in Plaintiff Rockmond Dunbar's First Amended Complaint ("FAC"):

1.   The article posted on the media publication website known as Deadline as referenced throughout the FAC and located on the following web address  -  https://deadline.com/2021/11/rockmond-dunbar-exits-911-covid-vaccine-mandate-medical-religious-exemptions-1234874927/.

Attached hereto as **Exhibit A** is a true and correct print out of the aforementioned website.

Dated: June 3, 2022          **MCDERMOTT WILL & EMERY LLP**

By:   */s/Christopher Braham*
      MARIA RODRIGUEZ
      CHRISTOPHER BRAHAM
      ARIEL BEVERLY
      Attorneys for Defendants
      TWENTIETH CENTURY FOX FILM
      CORPORATION and AMERICAN
      BROADCASTING COMPANIES, INC.

- 1 -
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE