MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Defendant
TWENTIETH CENTURY FOX FILM
CORPORATION

*ATTORNEYS FOR PLAINTIFF*
*LISTED ON THE NEXT PAGE*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>Defendants. | CASE NO. 2:22-cv-1075-DMG (JCx)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS THE SECOND CAUSE OF ACTION ASSERTED IN PLAINTIFF ROCKMOND DUNBAR'S SECOND AMENDED COMPLAINT (L.R. 7-11)**<br><br>Current Hearing<br>Date:    October 28, 2022<br>Time:    9:30 a.m.<br>Ctrm:    8C, 8th Floor<br><br>New Hearing Date: November 4, 2022<br>Time:    9:30 a.m.<br>Ctrm:    8C, 8th Floor<br><br>Complaint Filed: February 16, 2022<br>FAC Filed:   May 6, 2022<br>SAC Filed:   August 15, 2022 |

**SIRI & GLIMSTAD LLP**
Mason Barney (Pro Hac Vice)
Email: mbarney@sirillp.com
Elizabeth A. Brehm (Pro Hac Vice)
Email: ebrehm@sirillp.com
Ursula Smith (Pro Hac Vice)
Email: usmith@sirillp.com
745 Fifth Ave, Suite 500
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967

**PRECEPT GROUP, LLP**
Christopher Wren Czaplak (Cal. Bar No. 338818)
Email: chris@precept.co
8030 La Mesa Blvd., #268
La Mesa, CA 91942
Telephone: 619-354-4434
Fax: 866-265-7238

Attorneys for Plaintiff
ROCKMOND DUNBAR

Plaintiff Rockmond Dunbar ("**Plaintiff**") and Defendants American Broadcasting Companies, Inc. and Twentieth Century Fox Television, a Unit of Twentieth Century Fox Film Corporation ("**Defendants**") (collectively, "**Parties**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on September 6, 2022, Defendants filed the instant Motion to Dismiss the Second Cause of Action Asserted in Plaintiff Rockmond Dunbar's Second Amended Complaint;

**WHEREAS**, prior to the filing of Defendants' motion the Parties agreed to the hearing date of October 28, 2022;

**WHEREAS**, the Parties met and conferred regarding a continuance of the hearing date;

**WHEREAS**, the Parties therefore agree and request to continue the hearing date to November 4, 2022;

**WHEREAS**, in accordance with a continuance of the hearing date, Plaintiff's deadline to file an opposition to the motion will be October 7, 2022 and Defendants' deadline to file a reply memorandum will extend through October 21, 2022 pursuant to L.R. 7-9 and L.R. 7-10;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**: Pursuant to L.R. 7-11, the hearing date be continued to November 4, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Dated: September 27, 2022        **MCDERMOTT WILL & EMERY LLP**

2

3                             By:   */s/ Ariel Beverly*

4                                  MARIA RODRIGUEZ
                                   CHRISTOPHER BRAHAM

5                                   ARIEL BEVERLY
                                   Attorneys for Defendants

6                                   THE WALT DISNEY COMPANY

7    Dated:  September 27, 2022      **SIRI & GLIMSTAD LLP**

8

9

10                             By:  */s/ Mason Barney*
                                   MASON A. BARNEY (*Pro Hac Vice*)

11                                  ELIZABETH BREHM (*Pro Hac Vice*)
                                 URSULA SMITH (*Pro Hac Vice*)

12                                  CAROLINE TUCKER
                                 Attorneys for Plaintiff

13                                   ROCKMOND DUNBAR

14                        **SIGNATURE ATTESTATION**

15        Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ariel Beverly, attest that all signatories

16   listed, on whose behalf this filing is being submitted, concur in the filing's content and

17   have authorized the filing.

18   Dated: September 27 2022        By*:*    */s/  Ariel Beverly*

19                                  ARIEL BEVERLY

20

21

22

23

24

25

26

27

28