1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROCKMOND DUNBAR,                    | Case No. CV 22-1075-DMG (JCx)

12              Plaintiff,               | **ORDER RE PARTIES'**
                                         | **STIPULATION TO CONTINUE**
13          v.                           | **HEARING DATE ON MOTION TO**
                                         | **DISMISS THE SECOND CAUSE OF**
14   THE WALT DISNEY COMPANY;            | **ACTION ASSERTED IN PLAINTIFF**
     TWENTIETH CENTURY FOX               | **ROCKMOND DUNBAR'S SECOND**
15   TELEVISION, A UNIT OF TWENTIETH     | **AMENDED COMPLAINT [53]**
     CENTURY FOX FILM CORPORATION
16   DOING BUSINESS AS 20TH
     TELEVISION,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

1    The Court has read and considered the parties' Joint Stipulation, filed on

2  September 28, 2022 [Doc. # 53].  The parties provide no facts from which the Court

3  can discern good cause for the continuance.  The Court nonetheless finds that no

4  prejudice will result to either side and continues the Hearing Date on Defendants'

5  Motion to Dismiss [Doc. # 52] to **November 4, 2022 at 9:30 a.m.**  The parties are

6  advised that any future requests for continuance shall be supported by a detailed factual

7  basis and not just the parties' mutual agreement to the continuance.  *See* Initial

8  Standing Order at 10-11 [Doc. # 7].

9

10    IT IS SO ORDERED.

DATED:  October 3, 2022

11

12

13                                    _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28