MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Defendants
TWENTIETH CENTURY FOX FILM
CORPORATION and AMERICAN
BROADCASTING COMPANIES, INC.

*ATTORNEYS FOR PLAINTIFF
LISTED ON THE NEXT PAGE*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR,<br><br>            Plaintiff,<br><br>       v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>            Defendants. | CASE NO. 2:22-cv-1075-DMG (JCx)<br><br>**STIPULATION TO CONTINUE TRIAL AND EXTEND DEADLINES RELATING THERETO**<br><br>[Filed concurrently with Proposed Order]<br><br>Complaint Filed:   February 16, 2022<br>FAC Filed:            May 6, 2022<br>SAC Filed:            August 15, 2022 |

1   **SIRI & GLIMSTAD LLP**
    Mason A. Barney (Admitted *Pro Hac Vice*)
2   mbarney@sirillp.com
    Elizabeth A. Brehm (Admitted *Pro Hac Vice*)
3   ebrehm@sirillp.com
    Sonal Jain (Admitted *Pro Hac Vice*)
4   sjain@sirillp.com
5   200 Park Avenue, Seventeenth Floor
    New York, NY 10166
6   Telephone: 212.534.1091
7   Facsimile: 646.417.5967

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-1, this Stipulation is entered into by and between Plaintiff Rockmond Dunbar ("Plaintiff") and Defendants American Broadcasting Companies, Inc. and Twentieth Century Fox Television, a Unit of Twentieth Century Fox Film Corporation ("Defendants") (collectively, the "Parties"), through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed this Action on February 16, 2022 (dkt. 01);

WHEREAS, Plaintiff filed a Second Amended Complaint ("SAC") on August 15, 2022 (dkt. 49);

WHEREAS, on November 11, 2022, Defendants answered Plaintiff's SAC (dkt. 61-62);

WHEREAS, on March 7, 2023 the Court issued its Scheduling and Case Management Order setting trial for October 17, 2023 (dkt. 61-62);

**STATUS OF DISCOVERY**

WHEREAS, on October 6, 2023 Fox served Plaintiff with Interrogatories and Requests for Documents and noticed Plaintiff's Deposition;

WHEREAS, on October 26, 2022, Dunbar served Defendants with Interrogatories and Requests for Documents and noticed depositions under Federal Rule of Civil Procedure 30(b)(6);

WHEREAS on March 7, 2023, the Court issued its Scheduling Order closing non-expert discovery on June 13, 2023 and setting a June 23, 2023 filing deadline for any motion for summary judgment;

WHEREAS, multiple disputes remain pertaining to the Parties' respective responses to the written discovery initially served, including the propriety of Defendants document production that began on March 10, 2023 and Plaintiff's discovery responses not yet including certain information requested by Defendants;

WHEREAS, the Parties presently are planning on scheduling a total of at least

seven depositions;

WHEREAS, the Parties agree that it is inappropriate to take depositions until they have obtained all essential documents necessary to complete said depositions and agree that their discovery dispute about the propriety of each parties respective document production must first be resolved prior to any depositions;

WHEREAS, pursuant to Local Rule 37, the Parties have been diligently meeting and conferring to resolve or narrow their discovery disputes before engaging in motion practice;

WHEREAS, despite diligent efforts of the Parties and their counsel, additional time is needed to complete essential discovery and to ensure all parties are provided a fair opportunity to assess the discovery obtained and determine the propriety of a motion for summary judgment or partial motion for summary judgment that the parties may file but cannot based on the current state of discovery prior to the June 23, 2023 filing deadline;

WHEREAS, for each of the aforementioned reasons, the Parties believe there is good cause for a four-month continuance to Trial and all deadlines relating thereto.

**THEREFORE, IT IS HEREBY STIPULATED** that the Parties jointly and respectfully request the Court to enter the Proposed Order filed contemporaneously with this Stipulation and continue the trial date in this matter and all related deadlines and conferences by approximately 4 months, proposed as follows:

|  | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Trial | October 17, 2023 | February 27, 2024 |
| Pretrial Conference | September 19, 2023 | January 30, 2024 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | June 13, 2023 | October 17, 2023 |

| Motion Cut Off (filing deadline) Last Hearing Date of Dispositive Motions | June 23, 2023 July 28, 2023 | October 31, 2023 |
|---|---|---|
| Initial & Expert Disclosure Report and Deadline | July 18, 2023 | December 1, 2023 |
| Rebuttal Expert Disclosure & Report Deadline | August 15, 2023 | December 19, 2023 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | August 29, 2023 | January 9, 2024 |
| Settlement Conference Completion Date | August 22, 2023 | January 2, 2024 |
| Joint Status Report re Settlement | August 29, 2023 | January 9, 2024 |
| Motions in Limine Filing Deadline | August 29, 2023 | January 9, 2024 |
| Opposition to Motion in Limine Filing Deadline | September 5, 2023 | January 16, 2024 |
| Proposed Pretrial Conference Order | August 29, 2023 | January 9, 2024 |
| Contentions of Fact/Law | August 29, 2023 | January 9, 2024 |
| Pretrial Exhibit Stipulation | August 29, 2023 | January 9, 2024 |
| Joint Exhibit List | August 29, 2023 | January 9, 2024 |
| Witness Lists & Joint Trial Witness Time Estimate Form | August 29, 2023 | January 9, 2024 |
| Agreed Statement of the Case | August 29, 2023 | January 9, 2024 |
| Proposed Voir Dire Questions | August 29, 2023 | January 9, 2024 |

- 4 -
STIPULATION TO CONTINUE TRIAL AND EXTEND DEADLINES RELATING THERETO

| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | August 29, 2023 | January 9, 2024 |
|---|---|---|
| Verdict Forms | August 29, 2023 | January 9, 2024 |

Dated: April 25, 2023　　　　　　**MCDERMOTT WILL & EMERY LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Ariel Beverly*
　　　　　　　　　　　　　　　　　　Maria Rodriguez
　　　　　　　　　　　　　　　　　　Christopher Braham
　　　　　　　　　　　　　　　　　　Ariel Beverly

　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　*TWENTIETH CENTURY FOX FILM*
　　　　　　　　　　　　　　　　*CORPORATION and AMERICAN*
　　　　　　　　　　　　　　　　*BROADCASTING COMPANIES, INC.*

Dated: April 25, 2023　　　　　　**SIRI & GLIMSTAD LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Mason Barney*
　　　　　　　　　　　　　　　　　　Mason Barney (*Pro Hac Vice*)

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　*ROCKMOND DUNBAR*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ariel Beverly, attest that all signatories listed, on whose behalf this filing is being submitted, concur in the filing's content and have authorized the filing.

Dated: April 25, 2023　　　　　　By:*/s/Ariel Beverly*
　　　　　　　　　　　　　　　　　　ARIEL BEVERLY