UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01075-DMG-(JCx) | Date | August 22, 2023 |
|---|---|---|---|
| Title | Rockmond Dunbar v. The Walt Disney Company, et al., | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | CS 8-22-23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Mason Barney | Christopher Braham |
| Sonal Jain | Ariel Beverly |

**Proceedings:** **TELEPHONIC HEARING ON PLAINTIFF'S MOTION TO COMPEL [81]**

Case called. Counsel made their telephonic appearances. The Court advised counsel of its tentative views on multiple issues relating to Plaintiff's Motion to Compel and heard argument from counsel.

For the reasons explained on the record, the Court ordered (1) counsel for Defendant Twentieth Century Fox Television ("Fox") to obtain and produce to Plaintiff's counsel, a list of those Fox television shows subject to the September 2021 COVID-19 vaccination mandate as to which Erin Nguyen served as the decisionmaker with respect to any medical/religious accommodation requests; (2) counsel, having heard the Court's tentative views, to meet and confer further regarding the matters raised in Plaintiff's Motion to Compel to attempt to narrow the matters in dispute and to attempt to agree upon a sampling of Fox television shows as to which further discovery may be ordered; and (3) counsel to file status reports (or ideally a joint status report) by not later than August 29, 2023, updating the Court as to the resolution/narrowing of matters in dispute and proposed sampling.

The Court deferred ruling on Plaintiff's Motion to Compel pending the parties' further meet and confer and the Court's receipt and consideration of the parties above-referenced status reports (joint status report).

|  | : | 58 |
|---|---|---|
| Initials of Preparer: | klh | |