UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 22-01075-DMG (JCx) | Date | December 8, 2023 |
| Title | *Rockmund Dunbar v. The Walt Disney Company, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: MOTION HEARING [99]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the Defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment [99] shall be taken under submission and a written order will issue.

The Court gives counsel an opportunity to file a supplemental declaration re The Game and to provide a pinpoint citation to language in the agreement between Fox and Epiphany re requirement to perform consistent with reasonable directions, practices and policies. Defendant's supplemental brief is due by December 15, 2023. Plaintiff's supplemental brief is due one week thereafter. The briefs shall not to exceed five pages, exclusive of declarations/evidence.

The Court vacates the Final Pretrial Conference and Jury Trial dates pending the Court's ruling on Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED**.

|  | kd |
|---|---|
| **Initials of Preparer** | : 57 |