McDermott Will & Emery LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROCKMOND DUNBAR, | CASE NO.: CV 22-1075-DMG (JCx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR [107]** |
| v. | |
| AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION, | First Amended Complaint Filed: May 6, 2022 |
| Defendants. | Second Amended Complaint Filed: August 15, 2022 |

ORDER

1  After considering the Parties' Stipulation to Extend the Deadline to Complete ADR, and good cause appearing, the deadline for the Parties to participate in a settlement conference is extended to the later of (1) February 21, 2024 or (2) within 30 days of this Court issuing a ruling on Defendants' pending Motion for Summary Judgment.

**IT IS SO ORDERED.**

DATED:  December 18, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE