UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01075-DMG-(JCx) | Date | April 3, 2024 |
|---|---|---|---|
| Title | Rockmond Dunbar v. Twentieth Century Fox Television, et al. | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Mason Barney | Maria Rodriguez |
| Sonal Jain | Ariel Beverly |

**Proceedings:**       **SETTLEMENT CONFERENCE**

    A Settlement Conference via Zoom was held in this matter. Plaintiff's counsel Mason Barney and Sonal Jain appeared with Plaintiff, Rockmond Dunbar. Defendants' counsel Maria Rodriguez and Ariel Beverly appeared with Defendants' representative, Ashley Allyn, Principal Counsel Employment Litigator for Walt Disney Corporation. Defendants' representative Timothy Minear also briefly participated.

    Counsel and the parties conferred with the Court. The case did not settle.

|   | 4 | : | 00 |
|---|---|---|---|
| Initials of Preparer | klh | | |