Scott J. Street (SBN 258962)
**JW HOWARD | ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
**JW HOWARD | ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

*Attorneys for Plaintiff*
*Rockmond Dunbar*

Maria Rodriguez (SBN 194201)
mcrodriguez@mwe.com
Christopher Braham (SBN 293367)
cbraham@mwe.com
Ariel Beverly (SBN 324656)
abeverly@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:    +1 310 277 4730

*Attorneys for Defendants*
*Twentieth Century Fox Film Corporation*
*And American Broadcasting*
*Companies, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROCKMOND DUNBAR,<br><br>                              Plaintiff,<br><br>          v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>                              Defendant. | Case No. 2:22-cv-1075-DMG (JCx)<br><br>**AMENDED [PROPOSED] JOINT EXHIBIT LIST**<br><br>**Pre-Trial Conference:**<br>Date:              February 11, 2025<br>Time:             2:00 p.m.<br>Courtroom:    8C<br>FAC filed:       May 6, 2022<br>SAC filed:       August 15, 2022 |

In accordance with this Court's Scheduling and Case Management Order, and Local Rule1-2.2,[1] Plaintiff Rockmond Dunbar ("**Plaintiff**" or "**Dunbar**") and Defendants Twentieth Century Fox Television, A Unit Of Twentieth Century Fox Film Corporation Doing Business As 20th Television ("**Twentieth  Television**") and American Broadcasting Companies, Inc ("**ABC**") (Twentieth  Television and ABC together, "**Defendants**") submit this Joint Exhibit List for the Proposed Phase One of Trial.

---

[1] Although L.R. 16-6.1 provides that "the same number shall be used for [deposition] exhibit[s] at trial," numbering exhibits according to their deposition exhibit number is not possible here because exhibits were not sequentially numbered across depositions. The parties intend to raise the issue with the Court at the Final Pretrial Conference and propose providing a key to identify the numbered exhibits that correspond with deposition exhibit numbers.

AMENDED [PROPOSED] JOINT EXHIBIT LIST

# EXHIBIT LIST[2]

**Plaintiff's Exhibits**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. * | Declaration of Rockmond Dunbar in opposition to Defendants' summary judgment motion dated November 15, 2023 | | |
| 2. | Declaration of Erin Nguyen in Support of Defendants' Motion for Summary Judgment dated October 31, 2023 | | |
| 3. * | Declaration of Ray Moheet in Opposition to Defendants' Motion for Summary Judgment dated November 15, 2023 | | |
| 4. | Rockmond Dunbar's IMDB page at https://www.imdb.com/name/nm0241870/ | | |
| 5. | Rockmond Dunbar's Actor Agreement between Epiphany Entertainment and Fox dated September 20, 2017; FOX702 - 712 | | |
| 6. * | Covid-19 Return to Work Agreement as of July 19, 2021 with DGA, IATSE, SAG-AFTRA and Teamsters/Basic Crafts; DUNBAR_13 - 116 | | |

---

[2] Descriptions of documents herein are for reference only and are not intended as an admission of the facts identified therein.

| | | | |
|---|---|---|---|
| 7. | Rockmond Dunbar's Season 5 Compensation Revision Letter dated July 20, 2021; FOX522 | | |
| 8. | Email chain dated August 27, 2021 between Penni Ellington, Sheila Hassani, covidnotifications@sagaftra.org, and Diane Mirowski; SAG_DUNBAR_1 | | |
| 9. | 9-1-1 Covid Vaccine Memo – Zone A dated September 1, 2021; FOX192 | | |
| 10. | Check from Rockmond Dunbar and Maya Dunbar to the Congregation of Universal Wisdom dated September 10, 2021; M_DUNBAR_452 | | |
| 11. | Email from Rockmond Dunbar to Maya Dunbar dated September 14, 2021; DUNBAR_244 - 245 | | |
| 12. | Email from Ray Moheet to Rockmond Dunbar dated September 17, 2021; DUNBAR_576 | | |
| 13. | Email from Rockmond Dunbar to Maya Dunbar dated September 20, 2021; DUNBAR_1655 - 1655 | | |
| 14. | Email chain ending September 22, 2021 from Sheree Cohen to Ray Moheet and Norm Aladjem; A3 Artists Agency/ Dunbar 133 - 134 | | |
| 15. | Membership Application dated October 1, 2021; M_DUNBAR_451 | | |
| 16. | Email chain ending October 1, 2021 from Ray Moheet to | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | Rockmond Dunbar; DUNBAR_558 - 561 | | |
| | **17.** | Email from Rockmond Dunbar to Ray Moheet and Norman Aladjem dated September 30, 2021; MAINSTAY001 | | |
| | **18.** | Email chain ending September 30, 2021 from Rockmond Dunbar to Maya Dunbar; DUNBAR_1660 - 1661 | | |
| | **19.** | Letter from Walter Shilling to Rockmond Dunbar dated September 30, 2021; FOX309 | | |
| | **20.** | Email chain ending October 1, 2021 from Erin Nguyen to Sheree Cohen; FOX250 | | |
| | **21.** | Email chain ending October 1, 2021 from Albert Hernandez to Erin Nguyen and attachments thereto; FOX310 - 312 | | |
| | **22.** | Email from Sheree Cohen to Erin Nguyen dated September 30, 2021; FOX251 - 253 | | |
| | **23.** | Fax from Maya Dunbar and Rockmond Dunbar dated October 1, 2021; M_DUNBAR_454 | | |
| | **24.** | Email chain ending October 1, 2021 from Ray Moheet to Rockmond Dunbar; MAINSTAY002 - 004 | | |
| | **25.** | Email chain ending October 2, 2021 from Ray Moheet to Erin Nguyen; FOX354 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| **26.** | Email from Rockmond Dunbar to Ray Moheet dated October 3, 2021; DUNBAR_1648 | | | |
| **27.** | Email from Sheree Cohen to Erin Nguyen dated October 4, 2021 and attachments thereto; FOX288 - 293 | | | |
| **28.** | Email from Erin Nugyen to Sheree Cohen dated October 4, 2021; FOX374 | | | |
| **29.** | Email chain ending October 4, 2021 from Ray Moheet to Erin Nguyen and attachments thereto; FOX306 - 309 | | | |
| **30.** | Email from Rockmond Dunbar to Ray Moheet dated October 4, 2021; M_DUNBAR_487 | | | |
| **31.** | Email chain ending October 5, 2021 from Erin Nguyen to Sheree Cohen and Ray Moheet; FOX266 - 269 | | | |
| **32.** | Email chain ending October 5, 2021 from Sheree Cohen to Ray Moheet and Erin Nguyen; FOX261 - 265 | | | |
| **33.** | Email chain ending October 5, 2021 from Norm Aladjem to Erin Nguyen; FOX417 - 421 | | | |
| **34.** | Email chain ending October 5, 2021 from Rockmond Dunbar to Erin Nguyen; FOX375 | | | |
| **35.** | Email Norm Aladjem to Rockmond Dunbar dated | | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| | October 5, 2021; DUNBAR_568 - 574 | | |
| **36.** | Email chain ending October 6, 2021 from Sheree Cohen to Tanya Menton; FOX136 - 143 | | |
| **37.** | Email chain ending October 6, 2021 from Sheree Cohen to Franklin Walker, Stephanie Levinson, Tim Minear; FOX121-127 | | |
| **38.** | Email chain ending October 6, 2021 from Sheree Cohen to Carla Collins; FOX72 | | |
| **39.** | Email chain ending October 6, 2021 from Sheree Cohen to Tanya Menton; FOX155 - 162 | | |
| **40.** | Email chain ending October 6, 2021 from Tanya Menton to Norm Aladjem; FOX196 - 199 | | |
| **41.** * | Email chain ending October 8, 2021 from Tanya Menton to Young Park; FOX224 - 226 | | |
| **42.** * | Email chain ending October 8, 2021 from Tanya Menton to Young Park; FOX213 - 214 | | |
| **43.** | Email from Erin Nguyen to Rockmond Dunbar dated October 12, 2021; FOX260 | | |
| **44.** | Email from Tanya Menton to Young Park dated October 12, 2021; FOX229 - 230 | | |
| **45.** * | Email chain ending October 13, 2021 from Tanya Menton to Young Park; FOX231 - 233 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **46.** | Email from Erin Nguyen to Rockmond Dunbar dated October 14, 2021; FOX249 | | |
| **47.** | Email chain ending October 15, 2021 from Rockmond Dunbar to Erin Nguyen; FOX254 - 259 | | |
| **48.** | Email chain ending October 28, 2021 from Erin Nguyen to Rockmond Dunbar; FOX297 - 305 | | |
| **49.** | Email chain ending October 15, 2021 from Erin Nguyen to Rockmond Dunbar; FOX402 - 407 | | |
| **50.** | Email chain ending December 8, 2021 from Ray Moheet to Maya Dunbar; DUNBAR_537 - 539 | | |
| **51.** | Email from Kenneth Choi to Rockmond Dunbar dated November 4, 2022; DUNBAR_912 | | |
| **52.** | Email from DGE Employee Accommodation Requests to Rockmond Dunbar dated November 10, 2021; FOX296 | | |
| **53.** | Letter from Lauren Fuiju-Berger dated November 10, 2021; FOX576 | | |
| **54.** _*_ | Email chain ending December 1, 2022 from Ray Moheet to Tim Minear; MINEAR18 - 19 | | |
| **55.** | Letter from Congregation of Universal Wisdom; CUW_DUNBAR_27 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **56.** * | Siri & Glimstad LLP letter to Tanya Menton dated November 1, 2021, regarding Rockmond Dunbar accommodation requests; DUNBAR_330 - 379 | | |
| **57.** * | Paul Hastings' letter to Siri & Glimstad LLP dated November 19, 2021, regarding Rockmond Dunbar accommodation requests; DUNBAR_438 - 454 | | |
| **58.** | Declaration of Erin Nguyen in support of ABC's Motion for Summary Judgment or, in the Alternative, Summary Adjudication filed in *Rademacher v. American Broadcasting Companies, Inc.*, et al., Case No. 21STCV45383 (L.A. Cnty. Sup. Ct.) dated December 27, 2022; DUNBAR_1760 - 1770 | | |
| **59.** * | Declaration of Marissa Crisafulli in support of Defendants' Motion for Summary Judgment dated October 31, 2023 | | |
| **60.** | Declaration of Erin Nguyen in support of ABC's Motion for Summary Judgment in *Wahl v. American Broadcasting Companies, Inc.*, et al., Case No. 22STCV19481 (L.A. Cnty. Sup. Ct.) dated November 16, 2023 | | |
| **61.** * | Text messages between Rockmond Dunbar and Timothy Minear; DUNBAR_1679 -1682 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **62.** \* | Expert Report of Matthew A. Hurewitz dated October 11, 2024 | | |
| **63.** | Email from Ordinary Joe – S1 – 2020/2021 to Maya Dunbar dated September 29, 2021; DUNBAR_469 - 470 | | |
| **64.** | Email from Sheree Cohen dated November 16, 2021; A3 Artists Agency/Dunbar67 - 68 | | |
| **65.** | Email from Sheree Cohen dated September 22, 2021; A3 Artists Agency/Dunbar 143 - 144 | | |
| **66.** | Email from Malcolm Spellman to Rockmond Dunbar dated September 6, 2022; DUNBAR_1448 | | |
| **67.** | Email from George Pierre to Rockmond Dunbar dated July 20, 2022; DUNBAR_1336 - 1337 | | |
| **68.** | Email from Katie Zirkel to Rockmond Dunbar dated July 25, 2022; DUNBAR_1262 - 1265 | | |
| **69.** | Email from Katie Zirkel to Rockmond Dunbar dated August 18, 2022; DUNBAR_1196 - 1199 | | |
| **70.** | Email from Ben Yazdani to Rockmond Dunbar dated September 2, 2022; DUNBAR_939 - 940 | | |
| **71.** | Email from Marisa Patella to Rockmond Dunbar dated April 19, 2022; DUNBAR_929 - 930 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **72.** | Email from Rockmond Dunbar to Ray Moheet dated April 22, 2022; DUNBAR_920 | | |
| **73.** | Email from Sheree Cohen to Rockmond Dunbar dated July 17, 2022; DUNBAR_919 | | |
| **74.** __*__ | Email from KC to Rockmond Dunbar dated November 4, 2022 DUNBAR_912 - 914 | | |
| **75.** __*__ | Email from Victoria Moser to Rockmond Dunbar dated February 23, 2023; DUNBAR_763 - 765 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **76.** **\*** <u> </u> | Email from Victoria Moser to Rockmond Dunbar dated March 21, 2023; DUNBAR_760 - 762 | | |
| **77.** | Email from Dominick Nuzzi dated September 3, 2021 regarding General Hospital Mandatory Vaccine Policy – Exhibit A to Declaration of Erin Nguyen in support of ABC's Motion for Summary Judgment in *Rademacher v. American Broadcasting Companies, Inc.*, et al., Case No. 21STCV45383 (L.A. Cnty. Sup. Ct.) dated December 27, 2022. | | |
| **78.** | Email chain ending October 18, 2021 between DGE Employee Accommodation Requests and Ingo Rademacher – Exhibit H to Declaration of Erin Nguyen in support of ABC's Motion for Summary Judgment in *Rademacher v. American Broadcasting Companies, Inc.*, et al., Case No. 21STCV45383 (L.A. Cnty. Sup. Ct.) dated December 27, 2022 | | |
| **79.** | Email chain ending October 25, 2021 between Erin Nguyen and Ingo Rademacher – Exhibit I to Declaration of Erin Nguyen in support of ABC's Motion for Summary Judgment in *Rademacher v. American Broadcasting Companies, Inc.*, et al., Case No. 21STCV45383 (L.A. Cnty. Sup. Ct.) dated December 27, 2022 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **80.** * | Email from Cadarious Armstead dated September 29, 2021 regarding "The Game"; DUNBAR_849 - 851 | | |
| **81.** * | Email from Cadarious Armstead dated September 30, 2021 regarding "The Game"; DUNBAR_852 - 856 | | |
| **82.** * | Email from 9-1-1 Season 4 dated May 14, 2021 regarding COVID Vaccine Appointments Memo; DUNBAR_857 - 860 | | |
| **83.** * | Email from 9-1-1 Season 5 dated September 1, 2021 regarding Labor Day Memos; DUNBAR_872 - 875 | | |
| **84.** * | Email from 9-1-1 Season 5 dated August 17, 2021 regarding Positive COVID Test Memo; DUNBAR_878 - 879 | | |
| **85.** * | Email from 9-1-1 Season 5 dated August 10, 2021 regarding Positive COVID Test memo; DUNBAR_880 - 883 | | |
| **86.** * | Email from 9-1-1 Season 5 dated November 10, 2021 regarding Thanksgiving H&S Reminder Memo; DUNBAR_900 - 901 | | |
| **87.** * | Email from 9-1-1 Season 5 dated October 15, 2021 regarding Vaccination Status for Locations Memo; DUNBAR_902 - 903 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **88.** * | Email from 9-1-1 Season 4 dated May 3, 2021 regarding Vaccine Pay Memo; DUNBAR_904 - 906 | | |
| **89.** * | Email from 9-1-1 Season 5 dated September 2, 2021 regarding Zone A Positive/NOT Shooting Memo; DUNBAR_909 - 911 | | |
| **90.** * | Email from 9-1-1 Season 5 dated July 21, 2021 regarding Protocols Memo To Production; DUNBAR_915 - 916 | | |
| **91.** * | Email from 9-1-1 Season 5 dated July 29, 2021 regarding Positive Covid Test Memo; DUNBAR_876 - 877 | | |
| **92.** * | Defendant American Broadcasting Companies, Inc.'s Responses to Plaintiff Rockmond Dunbar's Request for Production of Documents, Set One dated December 12, 2022 | | |
| **93.** * | Defendant American Broadcasting Companies, Inc.'s Responses to Plaintiff Rockmond Dunbar's Interrogatories, Set One dated December 12, 2022 | | |
| **94.** * | Defendant Twentieth Century Fox Film Corporation's Responses to Plaintiff Rockmond Dunbar's Interrogatories, Set One dated December 12, 2022 | | |
| **95.** * | Defendant Twentieth Century Fox Film Corporation's | | |

13

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| | Responses to Plaintiff Rockmond Dunbar's Requests for Production of Documents, Set One dated December 12, 2022 | | |
| **96.** * | Defendant Twentieth Century Fox Film Corporation's Supplemental Responses to Plaintiff Rockmond Dunbar's Requests for Production of Documents, Set One dated March 10, 2023 | | |
| **97.** * | Defendant Twentieth Century Fox Film Corporation's Supplemental Responses to Plaintiff Rockmond Dunbar's Interrogatories, Set One dated March 10, 2023 | | |
| **98.** * | Defendant Twentieth Century Fox Film Corporation's Second Supplemental Responses to Plaintiff Rockmond Dunbar's Interrogatories, Set One dated May 9, 2023 | | |
| **99.** * | Defendants' Privilege Log dated June 27, 2023 | | |
| **100.** | Defendant Twentieth Century Fox Film Corporation's Responses to Plaintiff Rockmond Dunbar's Requests for Production of Documents, Set Two dated July 3, 2023 | | |
| **101.** | Defendant Twentieth Century Fox Film Corporation's Supplemental Responses to Plaintiff Rockmond Dunbar's Requests for Production of Documents, Set One dated July 12, 2023 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| **102.** | Defendant Twentieth Century Fox Film Corporation's Responses to Plaintiff Rockmond Dunbar's Requests for Production of Documents, Set Three dated November 2, 2023 | | | |
| **103.** | Defendant Twentieth Century Fox Film Corporation's Responses to Plaintiff Rockmond Dunbar's Requests for Production of Documents, Set Three dated November 2, 2023 | | | |
| **104.** | Plaintiff's Expert Report of Matthew Hurewitz, CPA dated October 15, 2024 | | | |
| **105.** | Plaintiff's Expert Rebuttal Report of Matthew Hurewitz, CPA dated November 12, 2024 | | | |
| **106.** | Plaintiff's Expert Rebuttal Report of Ram Duriseti, M.D., Ph.D. dated November 13, 2024 | | | |
| **107.** | Plaintiff's Expert Rebuttal Report of Dr. Gleb Tsipursky dated November 13, 2024 | | | |
| **108.** | Defendants' Expert Witness Report of Glenn D. Braunstein, M.D. dated October 15, 2024 | | | |
| **109.** | Defendants' Expert Witness Report of Sonya Kwon dated October 15, 2024 | | | |
| **110.** | Defendants' Expert Witness Report of Robert Sniderman, Ph.D., SPHR, SHRM-SCP dated October 15, 2024 | | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| **111.** | Defendants' Expert Rebuttal Report of Sonya Kwon dated November 12, 2024 | | |
| **112.** | Email from Eli Dansky to Ray Moheet dated August 4, 2022; DUNBAR_922 - 924 | | |
| **113.** | Email from Sheree Cohen to Rockmond Dunbar dated February 27, 2023; DUNBAR_928 | | |
| **114.** | Email from Marisa Patella to Rockmond Dunbar dated April 19, 2022; DUNBAR_929 - 938 | | |
| **115.** | Email from Ben Yazdani to Rockmond Dunbar dated September 2, 2022; DUNBAR_939 - 993 | | |
| **116.** | Email from Ray Moheet to Rockmond Dunbar dated July 29, 2022; DUNBAR_994 - 1195 | | |
| **117.** | Email from Katie Zirkel to Rockmond Dunbar dated August 18, 2022; DUNBAR_1196 - 1216 | | |
| **118.** | Email from Katie Zirkel to Rockmond Dunbar dated July 25, 2022; DUNBAR_1262 - 1335 | | |
| **119.** | Email from George Pierre to Rockmond Dunbar dated July 20, 2022; DUNBAR_1336 - 1436 | | |
| **120.** | Congregation of Universal Wisdom Application dated | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | September 10, 2021; CUW_DUNBAR_9 | | |
| **121.** | Email from 9-1-1 Season 5 dated November 2, 2021 regarding Positive Covid Test Zone B; DUNBAR_241 | | |
| **122.** | Email from Ray Moheet to Rockmond Dunbar dated September 17, 2021; DUNBAR_467 | | |
| **123.** | Email from Victoria Moser to Rockmond Dunbar dated February 23, 2023; DUNBAR_763 - 831 | | |
| **124.** | Email Cadarious Armstead to Rockmond Dunbar; DUNBAR_839 - 842 | | |
| **125.** | Email chain ending October 6, 2021 from Tanya Menton to Norm Aladjem; FOX196 - 199 | | |
| **126.** | Email chain ending October 8, 2021 from Tanya Menton to Young Park; FOX208 - 211 | | |
| **127.** | Religious Accommodation Interactive Process Framework Document; FOX724 - 728 | | |

## Defendant's Exhibits

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 128. | 2021-07-29 Email from 9-1-1 Season 5 notification@distro.scenechronize.com;**DUNBAR876 - 877** | | |
| 129. | 2021-08-06 Email from 9-1-1 Season 5 | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | notification@distro.scenechron ize.com;**DUNBAR884 - 897** | | |
| | 130. | 2021-08-10 Email from 9-1-1 Season 5 notification@distro.scenechron ize.com; **DUNBAR880 - 883** | | |
| | 131. | 2021-09- Correspondence between S. Cohen and R. Moheet.  **MINEAR48-54*** | | |
| | 132. | 2021-09-07 Email from C. Glasser to Cast **FOX786 - 787** | | |
| | 133. | 2021-09-14 Email from Glasser to Zone A Cast and Crew; **FOX788-89** | | |
| | 134. | 2021-09-14 Email from Dunbar to colleague; **DUNBAR1659** | | |
| | 135. | 2021-09-16 Correspondence between S. Cohen and R. Moheet;  **MINEAR48 - 54** | | |
| | 136. | 2021-09-20 Email from 9-1-1 Season                5 notification@distro.scenechron ize.com; **DUNBAR1655 - 1656** | | |
| | 137. | 2021-09-22 Email from S. Cohen to Moheet and Aladjem; **A3131 – 32** | | |
| | 138. | 2021-09-30 Email from A. Latcheva to A. Hernandez and E. Nguyen; **FOX4** | | |
| | 139. | 2021-09-30 Email from Levinson to Klien; **FOX92**. | | |
| | 140. | 2021-09-30 Email from Dunbar to Moheet, Cohen and Aladjem; **A31-4** | | |
| | 141. | 2021-09-30 Email from Nguyen to Cohen; **FOX383-384** | | |
| | 142. | 2021-10-01 Email to from Armstead to Dunbar; **DUNBAR839-842** | | |
| | 143. | 2021-10-01 Emails between Romero, Levinson and Williams re Dunbar; **FOX82-83** | | |
| | 144. | 2021-10-01 Fax Cover Sheet; **M. DUNBAR454** | | |

18

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 145. | 2021-10-04 Email correspondence between Dunbar and his representatives; **A377-78** | | |
| 146. | 2021-10-04 Email correspondence between Dunbar and his representatives; **A379** | | |
| 147. | 2021-10-04 Email from Mohet to Dunbar; **MAINSTAY7** | | |
| 148. | 2021-10-05 Email from Dunbar to Nguyen; **FOX375 – 381** | | |
| 149. | 2021-10-05 Email correspondence between Cohen, Aladjem and Moheet; **A328-32** | | |
| 150. | 2021-10-05 Email from Romero to Levinson. **FOX755-56** | | |
| 151. | 2021-10-06 Email from Cohen to Bernstein; **A3201-02** | | |
| 152. | 2021-10-06 Email from Levinson to Cohen. **FOX 194 - 195** | | |
| 153. | 2021-10-06 Email from Cohen to Menton; **A386 - 92** | | |
| 154. | 2021-10-06 Email exchange between Menton and Park; **FOX216 - 217** | | |
| 155. | 2021-10-13 Levinson email to Ryan; **FOX169** | | |
| 156. | 2021-10-15 Email from Dunbar to Nguyen; **FOX408 - 416** | | |
| 157. | 2021-10-20 Email from Dunbar to Nguyen; **FOX365 - 372** | | |
| 158. | 2021-10-20 Email from Nguyen to Dunbar; **FOX357 - 364** | | |
| 159. | 2021-10-13 Email from Bernstein to Dunbar. **DUNBAR1771 - 1772** | | |
| 160. | 2021-11-02 Email from 9-1-1 Season 5 notification@distro.scenechronize.com; **DUNBAR 241 – 243*** | | |
| 161. | 2022-06-09 2022-08-08 Email from Brent Sexton to Maya | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | Dunbar; **M. DUNBAR157 – 174\*** | | |
| 162. | 2022-08-08 Email from Chuck Slavin to Maya Dunbar; **M. DUNBAR134 – 136\*** | | |
| 163. | 2022-09-20 Text message from Dunbar to "Bad Muth Fucka."; **DUNBAR1705 – 1708\*** | | |
| 164. | 2022-09-21 Email from Slavin to M. Dunbar **DUNBAR250 - 252** | | |
| 165. | 2022-11 Text message from Dunbar to Garham **DUNBAR1693** | | |
| 166. | CUW Materials; **CUW01-70** | | |
| 167. | Quick Notes Database Entries; **FOX721 - 723** | | |
| 168. | Medical Records – **DR. WEISS 001 - 013** | | |
| 169. | Medical Records – **DR. PATEL 001 - 013** | | |
| 170. | Medical Records – **DR. GLASER 001 - 0052** | | |
| 171. | Medical Records – **DR. ROSEN 001 - 063** | | |
| 172. | Medical Records – **ASI SURGERY 001 - 004** | | |
| 173. | Medical Records – **DR. VADMAL 001 - 003** | | |
| 174. | Medical Records – **WALGREENS 001 - 006** | | |
| 175. | Medical Records – **DR. PASCUAL 001 - 016** | | |
| 176. | Medical Records – **ENCINO 001 - 145** | | |
| 177. | Medical Records – **DR. FONG 001 - 019** | | |
| 178. | Medical Records – **DR. CROWELL 001 - 71** | | |
| 179. | Medical Records – **CVS 001 - 22** | | |
| 180. | 2022-03-21 Email from Unknown to M. Dunbar. **M DUNBAR 188-89** | | |
| 181. | 2022-08-04 Email from Unknown to M. Dunbar. **M DUNBAR 190-91** | | |

AMENDED [PROPOSED] JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 182. | 2022-08-08 Email from Slavin to Slavin. **M DUNBAR137 - 138** | | |
| 183. | 2022-08-08 Email from Slavin to M. Dunbar; **M DUNBAR443-50** | | |
| 184. | 2022-08-10 Email from Unknown to M. Dunbar; **M DUNBAR178 - 179** | | |
| 185. | 2022-08-10 Email from Slavin to M. Dunbar; **M DUNBAR439 - 441** | | |
| 186. | 2022-08-11 Email from Slavin to M. Dunbar. **M DUNBAR142-52** | | |
| 187. | 2022-07-25 Email from Slavin to M. Dunbar; **M DUNBAR183 - 184** | | |
| 188. | UNKNOWN 10-25 Texts between Slavin and M. Dunbar; **M. DUNBAR494 - 496** | | |
| 189. | 2019-10-21 Rockmond Dunbar Twitter Post; **DUNBAR1545** | | |
| 190. | 2020-04-11 Rockmond Dunbar Twitter Post; **DUNBAR1544** | | |
| 191. | 2020-05-23 Rockmond Dunbar Twitter Post; **DUNBAR1543** | | |
| 192. | 2020-11-10 Rockmond Dunbar Twitter Post; **DUNBAR1542** | | |
| 193. | 2020-11-18 Rockmond Dunbar Twitter Post; **DUNBAR1541** | | |
| 194. | 2020-12-09-Rockmond Dunbar Twitter Post. **DUNBAR1540** | | |
| 195. | 2020-12-14 Rockmond Dunbar Twitter Post; **DUNBAR1539** | | |
| 196. | 2020-12-18 Rockmond Dunbar Instagram Post. **FOX714 - 718** | | |
| 197. | 2020-01-21 Rockmond Dunbar Instagram Post; **DUNBAR1522** | | |
| 198. | Dunbar's Responses to Interrogatories, Set 1. | | |
| 199. | Dunbar's Supplemental Responses to Interrogatories, Set 1 (dated May 12, 2023) | | |
| 200. | Dunbar's Supplemental Responses to Interrogatories, Set 1 (dated May 24, 2023) | | |

21

| | | | |
|---|---|---|---|
| 201. | Dunbar's Second Supplemental Responses to Interrogatories, Set 1. | | |
| 202. | Dunbar's Third Supplemental Interrogatory Responses to Interrogatories, Set 1. | | |
| 203. | Dunbar's Responses to Request for Production (RFP), Set 1. | | |
| 204. | Dunbar's Supplemental Responses to RFP, Set 1. | | |
| 205. | Dunbar's Second Supplemental Responses to RFP, Set 1. | | |
| 206. | Parties Stipulation re Dunbar's Claimed Damages of Emotional Distress. | | |
| 207. | Plaintiff's Second Amended Complaint. | | |
| 208. | 2017-09-20 Actor Agreement; **DUNBAR366 - 377** | | |
| 209. | Dunbar's Tax Documents; **DUNBAR1546 – 1607\*** | | |
| 210. | 2022-07-25 Email from Kirkel (Mainstay) to Dunbar; **DUNBAR1262 - 1335** | | |
| 211. | 2022-08-18 Email from Zirkel (Mainstay) to Dunbar; **DUNBAR1196 - 1261** | | |

Dated: February 6, 2025      **MCDERMOTT WILL & EMERY LLP**

By:   _/s/ Maria Rodriguez_

MARIA RODRIGUEZ
CHRISTOPHER BRAHAM
ARIEL BEVERLY
_Attorneys for Defendants_
_TWENTIETH CENTURY FOX FILM_
_CORPORATION and AMERICAN_
_BROADCASTING COMPANIES, INC._

AMENDED [PROPOSED] JOINT EXHIBIT LIST

Dated: February 6, 2025

**JW HOWARD | ATTORNEYS, LTD.**

By:  */s/ Scott J. Street*
SCOTT J. STREET
JOHN W. HOWARD
*Attorneys for Plaintiff*
*ROCKMOND DUNBAR*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Maria C. Rodriguez, attest that all signatories listed, on whose behalf this filing is being submitted, concur in the filing's content and have authorized the filing.

Dated: February 6, 2025

By: */s/ Maria Rodriguez*
Maria Rodriguez