UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-1075-DMG (JCx)** | Date | March 3, 2025 |
|---|---|---|---|
| Title | *Rockmond Dunbar v. Twentieth Century Fox Television., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER RE PROPOSED FINAL PRETRIAL CONFERENCE ORDER**

The Court held a Final Pretrial Conference on February 11, 2025. [Doc. # 225.] In advance of the Conference, Plaintiff Rockmond Dunbar, through his prior counsel Mason Barney, lodged a proposed Final Pretrial Conference Order ("FPTCO"). *See* Doc. ## 147, 173. The proposed FPTCO is not signed by the parties' counsel. *See* Doc. ## 147-1 at 11, 70 at 5 ("the format of the proposed final pretrial conference order shall confirm to the format set forth in Appendix A"); C.D. Cal. Local Rules Appendix A.[1] The parties shall file a joint status report confirming the proposed FPTCO is a jointly prepared draft, or a new joint proposed FPTCO, by no later than **March 31, 2025**.

**IT IS SO ORDERED**.

---

[1] All page citations herein refer to the page numbers inserted by the CM/ECF system.