MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:   +1 310 277 4730

Attorneys for Defendant
TWENTIETH CENTURY FOX FILM CORPORATION and AMERICAN BROADCASTING COMPANIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKMOND DUNBAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-1075-DMG (JCx)<br><br>**DEFENDANTS TWENTIETH CENTURY FOX FILM CORPORATION AND AMERICAN BROADCASTING COMPANIES, INC. AND PLAINTIFF ROCKMOND DUNBAR'S JOINT STIPULATION REGARDING THE STATEMENT OF FACTS REGARDING PLAINTIFF ROCKMOND DUNBAR'S USE OF TESTOSTERONE AND ANASTROZOLE**<br><br>Trial Date:　　October 14, 2025 |

Pursuant to the Court's Order of February 24, 2025 (Dkt. 228), Defendants Twentieth Century Fox Film Corporation and American Broadcasting Companies, Inc. (collectively, "Defendants") and Plaintiff Rockmond Dunbar ("Plaintiff") hereby submit this statement of facts regarding Plaintiff's use of testosterone and anastrozole which shall be deemed undisputed facts established at trial:

1. Plaintiff began seeing Dr. Eric Fong on September 17, 2018 when Plaintiff was 45 years old, and last saw him in person in 2020. Ex. A, Dr. Fong Dep. Tr. 33:1-12; Ex. B, Dunbar Dep. Tr. 383:23-25.

2. At his first appointment with Dr. Fong on September 17, 2018, Plaintiff indicated he was having symptoms of fatigue, weight concerns, mood concerns, decrease in muscle size, tone, and strength, a decrease in physical capabilities/performance, and decrease in mental sharpness. Ex. B, Dunbar Dep. Tr. 387:11-15; 388:24-389:5; 389:10-12; 390:17-22; 391:14-21; 392:4-8.

3. At this initial appointment, Dr. Fong tested Plaintiff's testosterone levels and offered Plaintiff prescriptions for testosterone and anastrozole, both of which are pharmaceutically manufactured drugs. Ex B, Dunbar Dep. Tr. 421:25-422:6; Ex. A, Dr. Fong Dep. Tr. 49:15-19, 50:13-16.

4. Anastrozole is used to manage the production of estrogen that occurs alongside use of supplemental testosterone. Ex. A, Dr. Fong Dep. Tr. 16:21-18:5, 50:13-16.

5. From October 2018 to the present, Plaintiff has received a package ("kit") from Dr. Fong's office by mail approximately every three months. The kit includes chemically compounded testosterone, anastrozole tablets, and injection needles. Ex. B, Dunbar Dep. Tr. 373:22-374:12; Ex. A, Dr. Fong Dep. Tr. 53:9-15.

6. Each kit is billed to Plaintiff at a rate of $200 and provides Plaintiff with enough injections for three months. Ex. B, Dunbar Dep. Tr. 428:11-17.

7. Plaintiff has received 43 kits between October 17, 2018 and May 28, 2025. Ex. C, Dr. Fong Transaction History.

8. The testosterone Plaintiff receives in these kits is made in a factory and contains cottonseed oil. Ex. A, Dr. Fong Dep. Tr. 51:7-13, 52:17-19.

9. Dr. Fong has never changed the formula of the testosterone Plaintiff takes. Ex. A, Dr. Fong Dep. Tr. 51:14-52:9.

10. Plaintiff testified that he does not "understand the total composition" of the testosterone he injects. Ex. B, Dunbar Dep. Tr. 415:8-13.

11. Plaintiff did not know or think about whether the testosterone he injects is not bioidentical to the testosterone that appears in the body. Ex. B, Dunbar Dep. Tr. 415:24-416:17, 419:9-19.

12. Dr. Fong did not recall telling Plaintiff that the testosterone he injects is not bioidentical to the testosterone made in the body nor did he recall Plaintiff asking how the testosterone he injects was manufactured. Ex. A, Dr. Fong Dep. Tr. 50:1-9.

13. On February 13, 2019, Dr. Fong advised Plaintiff to donate blood because Plaintiff's red blood cell count was too high. Ex. A, Dr. Fong Dep. Tr. 39:2-25; Ex. B, Dunbar Dep. Tr. 383:4-8, 407:6-17.

14. An increased red blood cell count can cause an increased likelihood of stroke or heart attack. Ex. A, Dr. Fong Dep. Tr. at 40:11-24.

15. Dr. Fong cautioned Plaintiff that there was a risk of increased red blood cell count as a result of taking synthetic testosterone. Ex. B, Dunbar Dep. Tr. 405:25-406:3.

16. From October 2019 to the present, Plaintiff has self-injected himself twice per week with chemically formulated testosterone. Ex. B, Dunbar Dep. Tr. 336:15-337:5, 361:1-5; 413:3-9.

17. Plaintiff injected himself with testosterone as recently as the week of May 19, 2025. Ex. B, Dunbar Dep. Tr. 359:25-360:2.

18. Plaintiff also has consistently taken anastrozole twice a week since at least October of 2019 via a pill. Ex. B, Dunbar Dep. Tr. 337:9-12, 361:6-10.

19. Plaintiff has not sent his blood work to Dr. Fong since March or April

2021. Ex. B, Dunbar Dep. Tr. 428:3-10.

Dated: July 7, 2025    MCDERMOTT WILL & EMERY LLP

By: _____
MARIA C. RODRIGUEZ
CHRISTOPHER A. BRAHAM
ARIEL L. BEVERLY
Attorneys for Defendants
TWENTIETH CENTURY FOX
FILM CORPORATION and
AMERICAN BROADCASTING
COMPANIES, INC.

Dated: July 7, 2025    JW HOWARD | ATTORNEYS, LTD.

By: */s/ Scott J. Street*
SCOTT J. STREET
JOHN W. HOWARD
*Attorneys for Plaintiff*
*ROCKMOND DUNBAR*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4

I, Maria C. Rodriguez, attest that concurrence in the filing of this Joint Stipulation has been obtained by the other signatory.

_____
MARIA C. RODRIGUEZ