MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Defendant
TWENTIETH CENTURY FOX FILM
CORPORATION and AMERICAN
BROADCASTING COMPANIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKMOND DUNBAR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-1075-DMG (JCx)<br><br>**DEFENDANTS TWENTIETH CENTURY FOX FILM CORPORATION AND AMERICAN BROADCASTING COMPANIES, INC.'S NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE CHOOLJIAN'S ORDER STRIKING DEFENDANTS' MOTION TO COMPEL**<br><br>Date:  August 29, 2025<br>Time:  9:30 am<br>Courtroom:  8C<br><br>Trial Date: October 14, 2025 |

# NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE CHOOLJIAN'S ORDER STRIKING DEFENDANTS' MOTION TO COMPEL:

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on August 29, 2025, at 9:30 am, or as soon thereafter as the matter may be heard by the United States District Court at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, Courtroom of the Honorable Dolly M. Gee, Defendant Twentieth Century Fox Television, a Unit of Twentieth Century Fox Film Corporation and American Broadcasting Companies, Inc. (collectively, "Defendants") will, and hereby do, move the Court for review of Magistrate Judge Chooljian's Order striking the parties' joint stipulation regarding Defendants' motion to compel Plaintiff to attend a third deposition to answer questions regarding his failure to disclose his use of synthetic testosterone and anastrozole during discovery. Dkt. 238.

Defendants base this motion on this Notice of Motion and Motion for Review of Magistrate Judge Chooljian's Order Striking Defendants' Motion to Compel, the following Memorandum of Points and Authorities in support, the accompanying declaration of Maria Rodriguez, the proposed Order, all papers and pleadings on file in this action, the oral argument of counsel, and any other matters that may come before this Court. This Motion is made following conference of counsel under L.R. 7-3, which took place on July 16, 2025.  Beverly Decl. ¶ 2.

//
///
///
//
///
///
///
///

|   |   |   |
|---|---|---|
| Dated: July 23, 2025 | | **MCDERMOTT WILL & EMERY LLP** |

By: _____
MARIA RODRIGUEZ
CHRISTOPHER A. BRAHAM
ARIEL L. BEVERLY
Attorneys for Defendants
TWENTIETH CENTURY FOX
FILM CORPORATION and
AMERICAN BROADCASTING
COMPANIES, INC.