Scott J. Street (SBN 258962)
Mitchell B. Stein (SBN 82966)
**JW HOWARD│ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com
mitchell@jwhowardattorneys.com

Attorneys for Plaintiff ROCKMOND
DUNBAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR, | Case No. 22-cv-1075-DMG (JCx) |
| Plaintiff, | [Assigned to the Hon. Dolly Gee] |
| vs. | **PLAINTIFF ROCKMOND DUNBAR'S TRIAL BRIEF** |
| AMERICAN BROADCASTING COMPANIES, INC; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION, | Date: October 14, 2025<br>Time: 8:30 a.m.<br>Crtrm.: 8C |
| Defendants. | |

///

///

///

///

///

///

///

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

Pursuant to Local Rule 16-10, Plaintiff Rockmond Dunbar submits the following trial brief for the trial that is scheduled to start on October 14, 2025.

## I.    MEMORANDUM OF CONTENTIONS OF FACT AND LAW

This is a failure to accommodate religion case in which the employer, Twentieth Century Fox Television ("Fox"), failed to raise, and then was deemed to have waived, the undue hardship defense. ECF 234.

That decision simplified this case. As the Court's Final Pretrial Order stated, Dunbar only needs to prove three things: "a. That Plaintiff has a *bona fide* religious belief, the practice of which conflicted with an employment duty, in this case, a vaccination requirement; b. Defendants were aware of Plaintiff's belief and conflict; c. Defendants discharged, threatened, or otherwise subjected Plaintiff to an adverse employment action due to his inability to fulfill the job requirement." ECF 235.

The second and third elements are not in dispute. They can't be. Disney official Erin Nguyen received Dunbar's request for religious accommodation on Monday, October 4, 2021.[1] (Exhibit A) She discussed it with the people responsible for casting *9-1-1* (Dunbar's show) the same day. (Exhibit B) She stopped the interactive process the next day and said that, if he would not take the vaccine, "Rockmond will be unable to continue on *9-1-1* after October 18, 2021." (Exhibit C)

Dunbar and his agents pushed back. They begged to speak with Nguyen about the request. (Exhibits D-F) She did not respond. Instead, a high-ranking Disney lawyer named Tanya Menton took over. She refused to speak with Dunbar but said she would be "happy to discuss with an attorney." (Exhibit G)

Once Menton got involved, the matter was over. Disney would not try to accommodate Dunbar's religious beliefs. Menton made that clear on October 6 when she told another of Dunbar's representatives, Young Park, that she would be "happy to

---

[1] The Walt Disney Company owns Fox and ABC and handled the accommodation process for all Disney-owned companies.

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

discuss Disney's position but preferred to speak with an attorney." (Exhibit H) And

when Menton spoke with Park on October 12, she made clear that the accommodation

process was over. Disney was "terminating [Dunbar] for breach of the agreement."

When asked what Dunbar did to breach the agreement, Menton replied: "He has made

it clear that cannot/will not comply with the vaccine mandate." (Exhibit I)

Disney allowed Dunbar to work until October 18, the date the vaccine policy

took effect on *9-1-1*. (Exhibit J) In the meantime, *9-1-1* showrunner Tim Minear had

to do something with Dunbar's character, Michael (the gay ex-husband of star Angela

Bassett's character). Minear decided *not* to kill Michael off. Instead, he crafted a

storyline where Michael left abruptly for Haiti. (Exhibit K) And he intended to bring

Dunbar back to the show after the vaccine policy was lifted. (Exhibit N)

That happened in November 2022. (Exhibit L) Minear wanted to bring Dunbar

back to the show after that. But Disney executives would not allow it. (Exhibit M) In

fact, Minear said Disney executives told him to stop talking to Dunbar's agents:

> **Q.** You say, "Hey, I'm working on getting clarity on the Rockmond question,
> meaning I want to make sure the studio gives us total green light if having him
> guest is something we want to do. I will keep you updated."
>
> **A.** Yes.
>
> Q. Working on getting clarity, what were you doing at that point?
>
> **A.** I had—I mean, after everything that had gone down, I had to pick up a phone
> and call the executives at the studio and let them know what I wanted to do.
>
> **Q.** Who would those executives be?
>
> **A.** Well, it would start with Stephanie and Sharon, and then they would
> probably go to Tanya Menton or somebody in legal.
>
> **Q.** Okay. Do you remember having those conversations with Stephanie?
>
> **A.** Yep.
>
> **Q.** And what was her reaction?

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

PLAINTIFF'S TRIAL BRIEF                                    CASE NO. 22-cv-1075-DMG (JCx)

**A.** We already talked about this; right? Like I called her and told her what I wanted to do it, and it was like, let me get some clarity. And then it was like, stop talking to his reps, things are not repaired here yet.

(Exhibit M at 194:11-195:10; *see also id.* at 195:25-196:3 ["Q. Who made the ultimate decision not to bring back Mr. Dunbar. A. I would—yeah. It was the studio. It wasn't me."].)

Despite this evidence, Fox's counsel has refused to narrow the case through stipulations. It has drafted confusing and internally inconsistent jury instructions, including instructions on the duty to mitigate damages, an issue that Fox says the jury cannot decide.

Similarly, Fox's counsel has refused to withdraw evidence regarding "health and safety" issues that the Court deemed waived and which the Court said it would sanction Fox for trying to sneak into the trial. ECF 234. That includes testimony from expert witness Dr. Glenn Braunstein, who has no relevance in a trial about the sincerity of Dunbar's religious beliefs. It includes testimony from another expert about how great Disney's accommodation process was, another opinion that has no bearing on whether Dunbar had a sincerely held religious belief.

That evidence is not relevant because federal law is clear: it is "not within the judicial ken" to determine the validity of a person's religious belief. *Hernandez v. Comm'r*, 490 U.S. 680, 699 (1989); *see also Mohamed v. 1st Class Staffing, LLC*, 286 F. Supp. 3d 884, 901 n.13 (S.D. Ohio 2017) (stating that it is "not the court's role to question the religious validity of sincerely-held beliefs"). Instead, "a court's inquiry into whether a belief is 'religious' is limited to determining whether the belief is (1) 'sincerely held' and (2) religious within the plaintiff's 'own scheme of things.'" *Ambrose v. Gabay Ent & Assocs., P.C.*, No. CIV.A. 12-5453, 2013 WL 4195387, at *3 (E.D. Pa. Aug. 15, 2013) (quoting *Welsh v. United States*, 389 U.S. 333, 339 (1970)).

PLAINTIFF'S TRIAL BRIEF                                    CASE NO. 22-cv-1075-DMG (JCx)

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

The law reflects that principle by making the analysis of "whether a religious belief is 'sincerely held,' … a 'question of credibility.'" *Kluge v. Brownsburg Cmty. Sch. Corp.*, No. 1:19-CV-02462-JMS-KMB, 2024 WL 1885848, at *14 (S.D. Ind. Apr. 30, 2024) (quoting *Nottleson v. Smith Steel Workers D.A.L.U. 19806*, 643 F.2d 445, 455 (7th Cir. 1996)).

That is what this trial should focus on: whether the jury believes what Dunbar says about his religious beliefs.

Fox's counsel intends to challenge Dunbar's credibility by arguing that he really rejected the COVID-19 shot for medical or social reasons. Of course, "Title VII does not protect medical, economic, political, social, or personal preferences …." *Prodan v. Legacy Health*, 716 F. Supp. 3d 1044, 1049 (D. Or. 2024). But that rule focuses only on "'purely secular' philosophical concerns." *Id.* at 1049 (quoting *Callahan v. Woods*, 658 F.2d 679, 683 (9th Cir. 1981) (emphasis added). The "coincidence of religious and secular claims in no way extinguishes the weight appropriately accorded the religious one." *Callahan*, 658 F.2d at 684. So that strategy will fail.

That leaves Fox's other strategy, which involves putting on medical evidence to show that Dunbar has not always acted *consistently* with his religious beliefs. But accommodation laws "do not require perfect consistency in observance, practice, and interpretation when determining … whether a person's belief is sincere." *Adeyeye v. Heartland Sweeteners, LLC*, 721 F.3d 444, 453 (7th Cir. 2013); *see also Ambrose*, 2013 WL 4195387, at *5 (same and citing numerous cases in accord).

In fact, requiring any kind of consistency in religious practice would turn every Title VII case into a morality contest. It would encourage employers not to accommodate their employees' religious beliefs. That is inconsistent with Title VII's broad remedial purpose.

This trial should finish in a day or two. The parties do not need to bring dozens

of witnesses to court. They do not need to admit hundreds of exhibits. There are, at most, a handful of important documents and a handful of important witnesses who can tell the story. Then the jury can decide whether they believe what Dunbar says about his own religious beliefs.

## II. ISSUES TO BE RESOLVED BEFORE TRIAL

The developments in this case since February raise several questions that should be addressed before trial.

*First*, the Court's summary judgment order said there were "triable issues of fact as to whether Defendants' actions in response to [Dunbar's] October 4, 2021 email failed to reflect a good faith effort to engage in the interactive process with regard to Dunbar's religious beliefs." ECF 121 at 16.

Mr. Dunbar contends that, since Fox waived the undue hardship defense, the reasonableness of the actions Fox/Disney took after October 4 is no longer relevant. Furthermore, Dunbar's prior counsel did not plead a separate claim for failure to engage in the interactive process. And punitive damages are no longer an issue.

Thus, the jury should not decide whether Fox/Disney acted reasonably. The only question should be whether Dunbar has a sincerely held religious objection to vaccination. If so, then, given Fox's waiver of the undue hardship defense, Dunbar is entitled to damages.

*Second*, there is significant debate among the parties about what evidence the jury should hear about the parties' damages cases. For example, Fox's counsel has refused to stipulate to the jury rendering an advisory verdict on Dunbar's economic damages under Rule 39(c). Thus, it has objected to Dunbar's desire to present expert testimony and other evidence about that. But Fox's counsel insists on presenting evidence about Dunbar's alleged failure to mitigate damages to the jury. It wants the Court to instruct the jury on mitigation and other damage defenses.

Mr. Dunbar contends that Fox cannot have it both ways. If the jury decides any

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

issues related to Dunbar's damages, it should decide all issues. That includes

rendering an advisory verdict on his economic damages.

*Third*, there is much confusion about what Fox will say about the reason it

denied Dunbar's request at trial. Throughout this case, Fox argued that it denied

Dunbar's request because his beliefs were not religious and did not trigger its duty to

accommodate him. But, during pre-trial calls, Fox's counsel suggested that Dunbar

*would* have been accommodated if he had sought accommodation *earlier*. Disney's

internal documents seem to confirm, that, with one passage saying: "We are up

against air dates, can we say we could not substantiate the need in time and we have to

make the call and pay him out for the year? People are worried about air dates."

(Exhibit B)

Another passage confirmed that Fox/Disney were accommodating unvaccinated

actors on television sets and therefore would have to accommodate Dunbar. But,

according to Stephanie Levinson, the *9-1-1* casting director, "[t]here were other

people on the show who did not want to get vaccinated." Thus, it would "be hard to

explain to other people on the show that we are making accommodations." (*Id.*)

In other words, Fox/Disney took the easy way out. They blamed Dunbar. And

now they are trying to do it again.

We have no problem with the jury hearing that. But the way Fox's counsel has

written proposed jury instructions, it sounds like they will argue that Dunbar should

not recover anything because he did not act quickly enough. That is effectively a

timing-based undue hardship defense: that it was *too difficult* to process Dunbar's

request when the company received it.

Fox has never pleaded an undue hardship defense, period. It was deemed to

have waived that defense. ECF 234. And none of Fox's remaining defenses are

defenses to liability. They would, at most, limit Dunbar's recoverable damages. Thus,

the Court and the parties should confer before trial to determine what, if any,

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

PLAINTIFF'S TRIAL BRIEF                                    CASE NO. 22-cv-1075-DMG (JCx)

1   information can be presented at trial about the timing of Mr. Dunbar's request. That is

2   the only way to avoid confusing the jury and causing prejudice to Mr. Dunbar.

3         Mr. Dunbar would welcome another pre-trial conference to discuss these issues.

4   A further settlement conference may also be wise. Otherwise, we will be prepared to

5   start trial on October 14.

6         Respectfully submitted,

7

8    Dated:  September 15, 2025                    JW HOWARD/ ATTORNEYS, LTD.

9                                          */s/ Scott J. Street*
                                    By: _____
10                                          Scott J. Street
                                           Attorneys for Plaintiff ROCKMOND
11                                          DUNBAR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S TRIAL BRIEF                                    CASE NO. 22-cv-1075-DMG (JCx)

**EXHIBIT A**

Message

| | |
|---|---|
| **From**: | Sheree Cohen [Sheree.Cohen@a3artistsagency.com] |
| **Sent**: | 10/4/2021 2:03:51 PM |
| **To**: | Nguyen, Erin T. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ecb531138fe48d29000ba32f0ac9271-Nguyen, Eri] |
| **CC**: | Ray Moheet [ray@mainstayentertainment.com] |
| **Subject**: | Fwd: vaccine accommodation request paperwork |
| **Attachments**: | Vaccine Accommodation Request Form (fillable).pdf; VaccineAccomodationLetter.pdf; |
| | RockMedicalRecommendation.pdf |

Please find all of Rockmond's required documents attached pertaining to his request for vaccination accommodations. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is private and confidential. It is intended only for the use of the individual or entity to whom it is addressed. The information may be privileged, proprietary and exempt from disclosure under applicable federal, state or other law. Any recipient of this electronic mail message other than the intended recipient is hereby notified not to disclose, distribute or copy this electronic mail message, or take or refrain from taking any action in reliance on this message. If this message has been transmitted in error and you are not the intended recipient, please delete and destroy all copies of this communication at once, and notify the sender by return email.

Date: 10/04/2021
Re: Vaccine Accommodation
Employee: Rockmond Dunbar

To Whom it may Concern,

I am a proud, dedicated and active member of the Congregation of UW (est. 1974) for whose
tenants and moral obligations I honor, hold dear and abide by.

**Our Purpose Statement**: As Universal Wisdom is the Supreme Master of all levels in creation
and all life of the universe, it shall, therefore, be the guide or principle by which all mankind
shall aspire to live. The healing of mind, body and spirit is but one and is governed by this
Universal Wisdom.

It is the belief of the members of the Congregation that upheaval of the morals and inferiority of
human values have been the results of a departure of mankind from the ideals expressed by
Universal Wisdom. This, we believe, has resulted in a sick and decaying society whose
redemption can only be brought about by a blending of Universal Intelligence with man's innate
mind. This blending must be initiated by correction of all interference of the brain and central
nervous system by forces physical or otherwise that would prevent a free flow of life to all
human parts.

After correction of the interference through the above-mentioned avenues, the free and
unimpeded flow of life energy should be maintained through Universal Wisdom.

Laying of hands to the vertebrae shall be the sole means of maintaining the Life Force through
Universal Wisdom.

No living thing shall have the power to possess Universal Wisdom but, in the presence, thereof
become the radiation, conductor of life force.

**Moral Obligation:**
No court or civil legal body or any tribunal anywhere in the universe shall proclaim itself master
in judgement over the physical, mental or spiritual health of any living thing. The only true judge
is God in harmony with universal forces and no other living being possess the intellect to judge
such matters.

The Congregation in adherence to their spiritual belief and religion are bound by their moral
obligation to make resistance and refusal to such judgments in keeping with their committed
belief and practice.

The avenue through which Universal Wisdom is conveyed is through the brain and spinal cord
by way of the universal forces. There shall be no other way in accordance with the ancient laws
of life and from the divine laying on of the hands by adjusting of the vertebrae that the truth of
life, spiritual and physical issue forth.

No man shall be of the power morally or otherwise to make himself above the Law of Nature nor obsess himself with vain posturing in the conveyance of Universal Wisdom; Universal Wisdom will not be governed by the ego of man.

It shall be considered a breach of Constitutional rights in a free society to subjugate, force by edict, civil judgement or criminal judgement a conscientious Congregational member to submit to beliefs other than those precepts or principles which bind them to the Congregation of UW.

It shall also be noted that a member is conscientiously opposed to killing, maiming or willfully injuring a fellow living being whether by edict, act of war or dint of circumstance.

All living things are ordained through Universal Wisdom to be endowed with all resources which shall initiate, sustain and perpetuate life be they chemical, physical or spiritual through the laws of nature.

Violation of the integrity of these natural endowments shall result in a state of disease. That state in which the living organism is no longer within a divine state of harmonious balance.

**Sacrilege:**
It is sacrilege to introduce into the body living organisms or any unnatural, or modified matter that may alter the natural balance of that organism rendering it into a state of dis-ease.

It shall be sacrilege to depart from the precepts of the Congregation by the following:
  a. The ingestion of medication or other chemical substances that defy natural law.
  b. The injection into the body of medication or other matter of substances that defy natural law.
  c. The application of medication, chemicals or other foreign matter or substances unharmonious to the laws of nature.
  d. The inhalation of medication, chemicals or other foreign substances in disharmony with the laws of nature.

The "Tuberculin Tests" are a direct violation of our tenets.
  1. The Mantoux Test is an intradermal injection of tuberculin and as such violates "b" and "c" above and therefore it is forbidden.
  2. Vollmer's Patch Test is the application of foreign matter (tuberculin) and in a way that defies natural law and as such violates "b" and "c" above and therefore it is forbidden.
  3. Von Pirquet's Cutireaction is the application of foreign matter (tuberculin) and in a way that defies natural law and as such violates "b" and "c" above and therefore is is forbidden.

*The above are offered as EXAMPLES of sacrileges and should not be construed to be limited to only the examples listed above. *

CONFIDENTIAL – SUBJECT TO THE PARTIES' PROTECTIVE ORDER

Date: 10/04/2021
Re: Vaccination Accommodation Request

A Personal Letter from Rockmond Dunbar,

I have been happily working for FOX on the hit tv series 9-1-1, in which I have been a Series
Regular since the pilot episode of Season One. (We are now midway through filming of Season
5.) Just like the rest of the country and world, I have had to navigate working amongst my peers
and co-workers safely and effectively during these trying times.

I am proud to say since the start of the pandemic (March 2020) I have successfully done so
without putting myself or my peers in harm's way. I have willingly submitted to rigorous testing
for nearly 2 full years (for which I have no documented case of covid during filming) and had
only recently been placed into a forced 10-day quarantine at home, per Disney Studio's request,
when a fully vaccinated actor in (Group A) tested positive for Covid and was displaying
symptoms of infection. I am grateful to say, that despite being exposed in the very intimate
setting of a tv set, along with a multitude of fully vaccinated peers who have subsequently come
down with covid over the last year, I myself, have never tested positive nor contracted covid at
any point during filming. (Though I have contracted the virus in the past, while on hiatus and am
happy to report that outside of a day or two of discomfort and ill-feelings, I was able to make a
full and robust recovery with no additional infection, despite the Delta variant's spike over the
last several months while I worked on multiple sets in addition to 9-1-1-- and that I believe is due
to my lifestyle which is guided and grounded by the unwavering principles of my faith.

For these reasons in conjunction with my sincerely held religious beliefs (in addition to my
physician's recommendation) I am asking for reasonable accommodation which will not place
undue hardship of any means whether it be financial, public health safety or otherwise on my
employer nor my co-workers. This accommodation is simply what has been the standard
protocol throughout the entire pandemic and has allowed us to still create one of the best scripted
dramas on primetime television, during one of the worst times in human history. I want to
continue to do my job well and bring joy to the loyal audience our show has grown over the last
5 years, which is why I believe maintaining what has been the status-quo is the optimal
resolution for all parties involved. That includes:
   a. Rigorous testing multiple times prior to stepping onto set with a negative covid result.
   b. Disciplined social distancing while at work.
   c. Always wearing my mask. Adhering to all CDC guidelines while on set.
   d. Disciplined hand-washing.

I believe we all want the same thing and that is to do what we love, safely, effectively and
smartly. I look forward to continuing our work as we navigate these unchartered waters,
respectfully and together.

Kindest Regards,
Rockmond Dunbar

**Dr. Charles Penick, MD**
955 SW Carrillo Dr. Ste 210 Los Angeles, CA 90048
O:619-721-9676

To whom it may concern,

Rockmond Dunbar, DOB 1/11/1973, is currently a patient under my care. Due to concerns based upon Rockmond's medical history, I currently recommend against him receiving all forms of the current SARS Cov19 vaccine at this time. Rockmond's medical case will be reviewed in conjunction with the medical literature in 09/2022 at which time an update regarding this recommendation will be provided.

Sincerely,

Charles Penick, MD
9/02/2021

CONFIDENTIAL — SUBJECT TO THE PARTIES' PROTECTIVE ORDER                    FOX00000293

## COVID-19 Vaccination Accommodation Request Form

If you are requesting an exception to the Company's mandatory vaccination policy due to your (1) disability or medical condition, or (2) sincerely held religious belief, practice or observance, please complete this form and submit it to only authorized personnel (Disney) .

1. If you are unable to receive a COVID-19 vaccination due to a disability or medical condition:

   a. Please explain the nature of the limitations resulting from your disability or medical condition and how they prevent you from receiving a COVID-19 vaccination. (Please do not disclose the underlying condition or any genetic information.)

   Due to my private & personal medical history (including but not limited to prior infection of SARS-Cov19) in conjunction with my unique genetic predisposition, my family physician currently recommends against me receiving all forms of SARS Cov19 vaccine at this time. It is impossible for me to expound on the specifics of my private medical history/genetics without disclosing (through no intent of my own) my underlying condition and genetic information. (*Please see attached written/signed physician's medical recommendation.)

   b. Is your limitation that prevents you from receiving the COVID-19 vaccination permanent or temporary? If temporary, when will you be able to receive the COVID-19 vaccination?

   Per my physician's recommendation my medical case will be reviewed in 9/2022 at which time an update regarding this recommendation will be provided.

   c. Please attach documentation from your medical provider confirming the existence of a disability or medical condition, the duration and resulting limitations, and providing information about how those limitations prevent you from receiving the COVID-19 vaccination. (Please do not disclose the underlying condition or any genetic information.)

   The Company may ask to discuss your request with your doctor if the documentation provided is not sufficient to evaluate your accommodation request.

2. If you are unable to receive a COVID-19 vaccination due to a sincerely held religious belief, practice or observance, please explain the nature of your religious belief, practice or observance and how it prevents you from receiving a COVID-19 vaccination.

   (*Please see attached documentation detailing my sincerely held religious beliefs & how it prevents me from receiving a SARS-Cov19 vaccine.)
   (*Please see attached personal letter.)

   If necessary to evaluate your accommodation request, the Company may ask to discuss the nature of your religious belief, practice or observance and accommodation request with your religion's spiritual leader (if applicable) or another third party who is aware of your religious belief, practice, or observance.

### Verification:

I verify that the above information is true and accurate and I understand that any misrepresentation may result in disciplinary action, including termination of employment.

Name: Rockmond Dunbar                    Date: 10/04/2021

Signature: *Rockmond Dunbar*            Personnel Number (PERNR): I do not know my (PERNR)

**EXHIBIT B**

## Case Information

| | | | |
|---|---|---|---|
| Segment | Disney/ABC | Date of Incident | 09-30-2021 | Incident Location | 911 - vax date 10/18 |

Subject **Rockmond Dunbar**   Subject Type **Not Accused Party**   Subject Details **Perner:
Position Title: Talent
Work Phone:
Segment: Disney/ABC
Supv:
Subject Full Info**

Date Reported **10-01-2021**   Reported By Type **External Representative**   Reported By Channel **Email**

Key Words/Concepts **COVID-19 ; Vaccinations**
(updated)

## Claims and Resolutions

General Case Type         Specific Case Type
**ER Accommodations - Medical   Medical**

---

**Add Claim**

---

Brief Description **Dunbar requests accommodation re Covid-19 vaccine**

## Production

| Production | Production Company | Production Distributor | Production Show Name | Production Location |
|---|---|---|---|---|
| Yes | 20th Television | Other | 911 | California USA |

## Intake

SH

Case Group

## Case Management

Status **Closed**                                   **Investigatory Suspension**

Assigned To **Nguyen, Erin**                                Date Assigned **10-01-2021**

General Resolution Type **Accommodation Request Completed**   Specific Resolution Type **Medical - Accommodation Denied**   # of Unresolved Claims **0**
Above

Date Resolved **11-10-2021**                         Approved By **Nguyen, Erin**

Audited By

Notes and Comments **Dunbar requests accommodation re Covid-19 vaccine**

Memo Additional Paragraph

Case has Partners?

## Subject Notes

**Add Subject Note**

| Note* | Date Created | Record Owner |
|---|---|---|
| No Note records found | | |

## Participants and Participants' Notes

**Add Participant**

View Case
Participants'
Notes

| Participant Name | Participant Personnel Number | Participant Position Title | Participant Work Phone | Reported By | Partnering Leader | Remove From ER Case Summary | Role in Case | # of Notes | Closure Method | Memo to Subject | Memo to CP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No Participant records found | | | | | | | | | | | |

## Activities

**Add Activity**

| Activity Date | Activity Time | Activity By | Notes | Resolution Action | Resolution Action For | Participant Name |
|---|---|---|---|---|---|---|
| 01-05-2022 | | Nguyen, Erin | **Redacted** | | | |

| Activity Date | Activity Time | Activity By | Notes | Resolution Action | Resolution Action For | Participant Name |
|---|---|---|---|---|---|---|
| | | | # Redacted | | | |
| 10-28-2021 | | Nguyen, Erin | TCW Dr. Schwartz re Rockmond Dunbar | | | |
| | | | Dr. Pennick did not get a consent from Rockmond to disclose the diagnosis. Dr. Pennick said he did not get consent (he did not say Rockmond refused). | | | |
| | | | He said he has a medical condition/disability that makes him think Rockmond is at high risk for all 3 vaccines, and will review in a year. | | | |
| | | | He cannot disclose condition b/c no consent. Dr. Schwartz asked if he has a contraindication to all 3 vaccines . The doctor said he had a high risk of adverse reaction to all vaccines . The doctor did not say he has a condition that prevents him from taking the vaccine and wont  give diagnosis. | | | |
| | | | Dr. Schwartz would not approve of exception under these circumstances. Dr. did not say he was contraindicated. | | | |
| | | | Unless maybe he has an autoimmune disease w/maybe clotting, could maybe understand. | | | |
| | | | Usually when it gets to the Medical Director, then the whole point is doctor to doctor to disclose the condition.  His doctor can't say that he can't get any vaccines. Maybe if we knew condition, would be able to determine. | | | |
| | | | The doctor is advising that he should not get it now, but is not saying he can't get it. | | | |
| 10-19-2021 | | Nguyen, Erin | Discussion with Tanya during accommodation meeting | | | |
| | | | ## Redacted | | | |
| 10-14-2021 | | Nguyen, Erin | Discussion with Tanya in accommodation meeting | | | |
| | | | # Redacted | | | |
| 10-05-2021 | 10:30 am | Nguyen, Erin | TCW Tanya, Albert, Jen | | | |
| | | | # Redacted | | | |
| 10-05-2021 | | Nguyen, Erin | TCW Stephanie | | | |
| | | | Rockmand knew about vaccine mandate as of September 5 when they got Guild notifications.  They have also been talking about it on the show. HSM kept asking for Rockmond's vaccine card to verify and he kept putting it off. | | | |
| | | | Ray, Rockmond's manager, knew he had been going back and forth on it for a month. Stephanie called Sheree to ask for vax card, and then Sheree said he was going to request an accommodation and that was the first we had heard. Rockmond may have kept it from his reps. | | | |
| | | | She spoke with Rockmond's reps today and said they need him to work next Thursday/Friday.  Production needs to know which direction they are going, especially b/c he could take it to the press.  If he is not approved, they would kill him off.  So Production would need to tag as a Covid cost.  They would need to know by Thursday if accommodation is approved b/c they are working with air dates, would have to adjust story date, etc. | | | |
| | | | There were other people on the show who did not want to get vaccinated.  Rockmond went back and forth and ultimately decided he wanted to make a case. | | | |
| | | | We are up against air dates, can we say we could not substantiate the need in time and we have to make the call and pay him out for the year? People are worried about air dates. | | | |
| | | | 911 is already late on material.  They could write him out and they have the budget. | | | |
| | | | Stephanie shared sample accommodations we have provided last week, and she said she would review with Rockmond. | | | |
| | | | There would probably be blowback from the cast if accommodation is granted. | | | |
| | | | There are kids under 12 on the show who are unable to be vaccinated. | | | |
| | | | Marissa is HSM. She is the one who had been asking for Rockmond for information and no indication of any issue.  They left her in the dark. | | | |
| 10-05-2021 | | Nguyen, Erin | Review with Tanya during accommodation meeting | | | |
| | | | Redacted | | | |
| 10-04-2021 | | Nguyen, Erin | TCW Anjela. | | | |
| | | | Believes Rockmond has been aware since September of vaccine requirement. | | | |
| | | | Rockmond would have until Thursday to get J & J. | | | |
| | | | Producer believes they can write him out if no vaccine and can't reasonably accommodate, but would | | | |

| Activity Date | Activity Time | Activity By | Notes | Resolution Action | Resolution Action For | Participant Name |
|---|---|---|---|---|---|---|
| | | | need to know by Thursday. | | | |
| 09-30-2021 | | Nguyen, Erin | TCW Stephanie Levin (Casting) | | | |
| | | | 1. Rockman Dunbar's agent told Stephanie it would not be an issue for him to be vaccinated, but then he would not give verification. Stephanie asked agent to verify, and agent said Rockman had changed his mind re being vaccinated, and he was going to ask for a medical accommodation. Stephanie told them that if he was going to submit, it was late. Agent said if was not going to be approved, do it sooner, rather than later so they can maybe convince him to get vaccinated.
2. Will be hard to explain to other people on the show that we are making accommodations
3. High profile, Ryan Murphy show, and he is throwing in request last minute. She told showrunner they might have to write him out of an episode if he can't be vaccinated in time.
4. Stephanie is concerned that for him today to say he changed his mind, so close to vaccine date, is a little fishy | | | |

## Case Attachments

**Add Case Attachment**                                        **Add Multiple Case Attachments**

| Type of Document | Description | Document | Translation Needed |
|---|---|---|---|
| | Closure email | Your accommodation request - dunbar.msg | |
| | Email correspondence to/from Rockmond Dunbar | Rockmond Dunbar emails.msg | |

## Case History

**Case history as Subject**

| Case Number | Date of Incident | Incident Location | Status | Resource Level | Subject | Date Reported | General Case Type | Specific Case Type | Assigned To | Date Resolved | General Resolution Type | Specific Resolution Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-10-01-ACM-125022 | 09-30-2021 | 911 - vax date 10/18 | Closed | Normal | Rockmond Dunbar | 10-01-2021 | ER Accommodations - Medical | Medical | Nguyen, Erin | 11-10-2021 | Accommodation Request Completed | Medical - Accommodatio Denied |

**Case history as Participant**

| Case Number | Case Subject | Case Status | Incident Date | Role in Case | Closure Method | Participant Job Title |
|---|---|---|---|---|---|---|
| No Participant records found | | | | | | |

Created on Oct. 1, 2021 at 11:23 AM (PDT). Last updated by Nguyen, Erin on Nov. 14, 2021 at 12:09 PM (PST). Owned by Nguyen, Erin.

CONFIDENTIAL - SUBJECT TO THE PARTIES' PROTECTIVE ORDER

**EXHIBIT C**

Message

| | |
|---|---|
| From: | Nguyen, Erin T. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5ECB531138FE48D29000BA32F0AC9271-NGUYEN, ERI] |
| Sent: | 10/5/2021 7:03:20 PM |
| To: | Sheree Cohen [Sheree.Cohen@a3artistsagency.com]; Ray Moheet [ray@mainstayentertainment.com] |
| CC: | Norm Aladjem [norm@mainstayentertainment.com] |
| Subject: | RE: vaccine accommodation request paperwork |

Hello and thank you for your email. As you know, Rockmond and the other Zone A cast/crew for 9-1-1 were made aware on September 1, 2021 that they were required to be fully vaccinated against Covid-19 as a condition of continued employment. Several weeks later, on September 30, 2021, we learned for the first time that Rockmond was requesting a medical accommodation and received a note from his doctor, which we reviewed as quickly as possible. We informed you on October 1, 2021 that the doctor's note was not sufficient to support an exception to the Company's policy, and requested additional information; we also informed you that, given the late date of the request, we might not have sufficient time to evaluate. In response, Rockmond pivoted and indicated for the first time that he has a religious belief that is inconsistent with the Covid-19 vaccine. I then requested to speak with Rockmond to learn more about his sincerely-held religious beliefs, as part of the interactive process. Rockmond indicated an unwillingness to do so.

As I am sure you understand, the process for reviewing and considering accommodation requests is intended to be interactive and takes some time. Even if we had been able to validate Rockmond's need for an accommodation, we would have then needed time to consult with the production to determine what (if any) accommodations might have been possible to allow Rockmond to work on the show without being vaccinated. And, providing accommodations for Zone A talent, especially on a production with unvaccinated minors, is typically very difficult. Given the timing of Rockmond's request, we are unable to review and complete this process in time for him to continue work on 9-1-1. It is unfortunate that if an accommodation was required, it was not raised weeks ago when it could have been properly evaluated. Therefore, Rockmond will be unable to continue on 9-1-1 after October 18, 2021.

Thank you very much.

**Erin Truax Nguyen**
Employee Relations
Disney General Entertainment
Phone: 818-460-7723  (tie line 8460)

This email message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 818-460-7723 and delete this message from your computer. Thank you.

**From:** Sheree Cohen [mailto:Sheree.Cohen@a3artistsagency.com]
**Sent:** Tuesday, October 5, 2021 10:04 AM
**To:** Ray Moheet <ray@mainstayentertainment.com>; Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Erin, can you please call us. This is extremely time sensitive. (310) 871-5485. Thank you.

**From:** Ray Moheet <ray@mainstayentertainment.com>
**Sent:** Monday, October 4, 2021 4:09 PM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>; Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** Re: vaccine accommodation request paperwork

Hi Erin –

Respectfully, we don't agree with your assessment regarding Rockmond's medical and are hereby requesting an appeal. Furthermore, below please find two notes from Rockmond for you review.

Please let me know if you have any questions.

Ray Moheet

---

To My Employer
Via Erin T Nguyen (Disney representative)

My unwavering faith has and always will be the cornerstone and foundation for which I seek any and all accommodation regarding my employer's vaccination mandate. This was made clear multiple times 9/29 and 9/30 via my representation and we informed my employer that a fully written explanation of my faith would be sent Monday (today 10/4) when I was wrapped from the job I was working in Atlanta which is a 3 hr time difference.

The recommendation by my physician is all of the personal medical information I'm comfortable disclosing to my employer without revealing what my medical history and genetic makeup predisposes me to. I simply (in good faith response to the demand letter requiring me to immediately address both my medical & religious standing) included it for my employer.

I have submitted all necessary and requested information in writing pertaining to my faith to my employer, including the tenets, moral obligations and those things which are deemed sacrilege (which specifically addresses medical interventions such as SARS-cov19 injection), therefore I am uncertain of what line of discussions can be had without putting my religion under judgment/debate by parties/entities whom do not have the authority legally or morally to do so.

Due to the sensitive and potential legal ramifications of any conversation regarding my religion and the protections under the Civil Rights Act of 1964 Title VII in which I am entitled to, I kindly request that any further questions regarding my faith is done in writing and if verbal communication is preferred, I will need a representative of the EEOC (or the equivalent of my choosing) to be present, or my attorney.

Kindest Regards,
Rockmond Dunbar

---

Though the laws of Title VII of The Civil Rights Act of 1964 protect me from having to 'provide proof or paperwork from my minister' I am submitting this signed document from him on my behalf and would think that any further questions that may have arisen are now answered. Thank you.

# CONGREGATION

# OF

# UNIVERSAL WISDOM

THIS IS TO CERTIFY THAT:

ROCKMOND DUNBAR

IS ENROLLED AS A MEMBER OF THIS RELIGIOUS ORDER AND
IS SUBJECT TO THE TENETS AND BELIEFS OF THIS ORDER

No member of the Congregation shall have applied, injected,
ingested, or infused into the body any foreign
materials of unhealthy or unnatural composition.
(The above provision includes the Flu Shots as well
as any other invasive procedure such as COVID vaccine shots
and invasive COVID testing instruments which contain
unnatural hazardous chemicals and/or other foreign matter).
No member of the Congregation shall have surgical
Instruments cutting or piercing the tissues of the
body.

The primary tenet of this religious order is based
upon the concept that God and nature are one; and
that the Innate power of life, inherent in all
living organisms, originates and enhances life
and healing from above-downward, inward and out.
A member is conscientiously opposed to killing,
maiming or willfully injuring a fellow living being
whether by edict, act of war or dint of circumstance

THIS DOCUMENT OFFICIALLY DECREED SEPTEMBER 30 ,2021
THROUGH THE AUSPICES OF INNATE UNIVERSAL WISDOM.

Walter D. Schilling, D.C.

Minister, Congregation of Universal Wisdom

# 6 Bayau Trail, Medford, N.J. 08055 Phone # 609-654-0666

CONFIDENTIAL   SUBJECT TO THE PARTIES' PROTECTIVE ORDER

**From:** "Nguyen, Erin T." <Erin.T.Nguyen@disney.com>
**Date:** Monday, October 4, 2021 at 12:56 PM
**To:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>
**Cc:** Ray Moheet <ray@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Hi Sheree, and thanks very much for sending. It appears Rockmond has submitted the same medical documentation that we received previously, which is not sufficient to support an exception to the Company's mandatory vaccine requirement. Am I understanding that Rockmond is now requested an accommodation based on his religious beliefs as well?

If so, I will need to speak with him further to fully understand how his religious/spiritual beliefs prevent him from receiving the Covid-19 vaccine. Thank you very much.

**From:** Sheree Cohen [mailto:Sheree.Cohen@a3artistsagency.com]
**Sent:** Monday, October 4, 2021 7:04 AM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Ray Moheet <ray@mainstayentertainment.com>
**Subject:** Fwd: vaccine accommodation request paperwork

Please find all of Rockmond's required documents attached pertaining to his request for vaccination accommodations. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is private and confidential. It is intended only for the use of the individual or entity to whom it is addressed. The information may be privileged, proprietary and exempt from disclosure under applicable federal, state or other law. Any recipient of this electronic mail message other than the intended recipient is hereby notified not to disclose, distribute or copy this electronic mail message, or take or refrain from taking any action in reliance on this message. If this message has been transmitted in error and you are not the intended recipient, please delete and destroy all copies of this communication at once, and notify the sender by return email.

**EXHIBIT D**

Message

| From: | Sheree Cohen [Sheree.Cohen@a3artistsagency.com] |
|---|---|
| Sent: | 10/5/2021 7:37:43 PM |
| To: | Ray Moheet [ray@mainstayentertainment.com]; Nguyen, Erin T. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ecb531138fe48d29000ba32f0ac9271-Nguyen, Eri] |
| CC: | Norm Aladjem [norm@mainstayentertainment.com] |
| Subject: | RE: vaccine accommodation request paperwork |

Erin we need to speak to you ASAP. Please call us back.

**From:** Ray Moheet <ray@mainstayentertainment.com>
**Sent:** Tuesday, October 5, 2021 12:11 PM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>; Sheree Cohen <Sheree.Cohen@a3artistsagency.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** Re: vaccine accommodation request paperwork

Hi Erin – Can you please call us, 310-860-2880. Tried you earlier and left a message.

**From:** "Nguyen, Erin T." <Erin.T.Nguyen@disney.com>
**Date:** Tuesday, October 5, 2021 at 12:03 PM
**To:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>, Ray Moheet <ray@mainstayentertainment.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Hello and thank you for your email.  As you know, Rockmond and the other Zone A cast/crew for 9-1-1 were made aware on September 1, 2021 that they were required to be fully vaccinated against Covid-19 as a condition of continued employment.  Several weeks later, on September 30, 2021, we learned for the first time that Rockmond was requesting a medical accommodation and received a note from his doctor, which we reviewed as quickly as possible.  We informed you on October 1, 2021 that the doctor's note was not sufficient to support an exception to the Company's policy, and requested additional information; we also informed you that, given the late date of the request, we might not have sufficient time to evaluate.  In response, Rockmond pivoted and indicated for the first time that he has a religious belief that is inconsistent with the Covid-19 vaccine.  I then requested to speak with Rockmond to learn more about his sincerely-held religious beliefs, as part of the interactive process.  Rockmond indicated an unwillingness to do so.

As I am sure you understand, the process for reviewing and considering accommodation requests is intended to be interactive and takes some time.  Even if we had been able to validate Rockmond's need for an accommodation, we would have then needed time to consult with the production to determine what (if any) accommodations might have been possible to allow Rockmond to work on the show without being vaccinated.  And, providing accommodations for Zone A talent, especially on a production with unvaccinated minors, is typically very difficult.  Given the timing of Rockmond's request, we are unable to review and complete this process in time for him to continue work on 9-1-1.  It is unfortunate that if an accommodation was required, it was not raised weeks ago when it could have been properly evaluated.  Therefore, Rockmond will be unable to continue on 9-1-1 after October 18, 2021.

Thank you very much.

**Erin Truax Nguyen**
Employee Relations
Disney General Entertainment
Phone: 818-460-7723  (tie line 8460)

CONFIDENTIAL – SUBJECT TO THE PARTIES' PROTECTIVE ORDER                                    FOX00000261

This email message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 818-460-7723 and delete this message from your computer. Thank you.

**From:** Sheree Cohen [mailto:Sheree.Cohen@a3artistsagency.com]
**Sent:** Tuesday, October 5, 2021 10:04 AM
**To:** Ray Moheet <ray@mainstayentertainment.com>; Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Erin, can you please call us. This is extremely time sensitive. (310) 871-5485. Thank you.

**From:** Ray Moheet <ray@mainstayentertainment.com>
**Sent:** Monday, October 4, 2021 4:09 PM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>; Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** Re: vaccine accommodation request paperwork

Hi Erin –

Respectfully, we don't agree with your assessment regarding Rockmond's medical and are hereby requesting an appeal. Furthermore, below please find two notes from Rockmond for you review.

Please let me know if you have any questions.

Ray Moheet

To My Employer
Via Erin T Nguyen (Disney representative)

My unwavering faith has and always will be the cornerstone and foundation for which I seek any and all accommodation regarding my employer's vaccination mandate. This was made clear multiple times 9/29 and 9/30 via my representation and we informed my employer that a fully written explanation of my faith would be sent Monday (today 10/4) when I was wrapped from the job I was working in Atlanta which is a 3 hr time difference.

The recommendation by my physician is all of the personal medical information I'm comfortable disclosing to my employer without revealing what my medical history and genetic makeup predisposes me to. I simply (in good faith response to the demand letter requiring me to immediately address both my medical & religious standing) included it for my employer.

I have submitted all necessary and requested information in writing pertaining to my faith to my employer, including the tenets, moral obligations and those things which are deemed sacrilege (which specifically addresses medical interventions such as SARS-cov19 injection), therefore I am uncertain of what line of discussions can be had without putting my religion under judgment/debate by parties/entities whom do not have the authority legally or morally to do so.

Due to the sensitive and potential legal ramifications of any conversation regarding my religion and the protections under the Civil Rights Act of 1964 Title VII in which I am entitled to, I kindly request that any further questions regarding my

faith is done in writing and if verbal communication is preferred, I will need a representative of the EEOC (or the equivalent of my choosing) to be present, or my attorney.

Kindest Regards,
Rockmond Dunbar

Though the laws of Title VII of The Civil Rights Act of 1964 protect me from having to 'provide proof or paperwork from my minister' I am submitting this signed document from him on my behalf and would think that any further questions that may have arisen are now answered. Thank you.

FOX00000263

**EXHIBIT E**

| From: | Norm Aladjem [norm@mainstayentertainment.com] |
|---|---|
| Sent: | 10/5/2021 7:55:15 PM |
| To: | Nguyen, Erin T. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ecb531138fe48d29000ba32f0ac9271-Nguyen, Eri]; Sheree Cohen |
| | [Sheree.Cohen@a3artistsagency.com]; Ray Moheet [ray@mainstayentertainment.com] |
| Subject: | Re: vaccine accommodation request paperwork |

Hi Erin

First of all, we would appreciate getting on the phone with you ASAP to discuss.

Secondly, your email is both misleading and counter-productive, unless what you're really saying is that you're looking for an excuse to get Rock off the show.

A sincerely held religious belief is exactly that, whether anyone else shares that belief or not. I understand that it's expedient for you to pretend his religious beliefs are not sincere to make your job easier, and to make life easier for vaccinated people on set, but I find your approach completely retaliatory. Rock has and is willing to get on the phone with you to discuss his beliefs, but is aware based on your approach that what you actually intend is to pretend to listen to him and then pronounce his beliefs not to be sincere. I suspect you too would be hesitant to talk to someone about your beliefs in that context.

Finally, it's inaccurate and misleading to say he "pivoted" to a religious belief exemption because he was unwilling to give you additional information about his medical situation. First of all, he did provide additional medical information consistent with what his doctor recommended and Hippa protections allow. And I assume you know that two things can be true at once. The fact that he has medical issues doesn't negate his religious beliefs, or the other way around. It's pretty outrageous that you're suggesting otherwise. Not to speak of the notion that you're unwilling to expedite the process.

Warm regards.
Norm

MAINSTAY
ENTERTAINMENT
Norman Aladjem
959 Seward Street
Suite 307
Los Angeles, CA 90038
e: norm@mainstayentertainment.com
t: (w)310-860-2880|(c) 310-569-4956

---

**From:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Date:** Tuesday, October 5, 2021 at 12:03 PM
**To:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>, Ray Moheet <ray@mainstayentertainment.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Hello and thank you for your email. As you know, Rockmond and the other Zone A cast/crew for 9-1-1 were made aware on September 1, 2021 that they were required to be fully vaccinated against Covid-19 as a condition of continued employment. Several weeks later, on September 30, 2021, we learned for the first time that Rockmond was requesting a medical accommodation and received a note from his doctor, which we reviewed as quickly as possible. We informed you on October 1, 2021 that the doctor's note was not sufficient to support an exception to the Company's policy, and

requested additional information; we also informed you that, given the late date of the request, we might not have sufficient time to evaluate. In response, Rockmond pivoted and indicated for the first time that he has a religious belief that is inconsistent with the Covid-19 vaccine. I then requested to speak with Rockmond to learn more about his sincerely-held religious beliefs, as part of the interactive process. Rockmond indicated an unwillingness to do so.

As I am sure you understand, the process for reviewing and considering accommodation requests is intended to be interactive and takes some time. Even if we had been able to validate Rockmond's need for an accommodation, we would have then needed time to consult with the production to determine what (if any) accommodations might have been possible to allow Rockmond to work on the show without being vaccinated. And, providing accommodations for Zone A talent, especially on a production with unvaccinated minors, is typically very difficult. Given the timing of Rockmond's request, we are unable to review and complete this process in time for him to continue work on 9-1-1. It is unfortunate that if an accommodation was required, it was not raised weeks ago when it could have been properly evaluated. Therefore, Rockmond will be unable to continue on 9-1-1 after October 18, 2021.

Thank you very much.

**Erin Truax Nguyen**
Employee Relations
Disney General Entertainment
Phone: 818-460-7723 (tie line 8460)

This email message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 818-460-7723 and delete this message from your computer. Thank you.

---

**From:** Sheree Cohen [mailto:Sheree.Cohen@a3artistsagency.com]
**Sent:** Tuesday, October 5, 2021 10:04 AM
**To:** Ray Moheet <ray@mainstayentertainment.com>; Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Erin, can you please call us. This is extremely time sensitive. (310) 871-5485. Thank you.

---

**From:** Ray Moheet <ray@mainstayentertainment.com>
**Sent:** Monday, October 4, 2021 4:09 PM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>; Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** Re: vaccine accommodation request paperwork

Hi Erin –

Respectfully, we don't agree with your assessment regarding Rockmond's medical and are hereby requesting an appeal. Furthermore, below please find two notes from Rockmond for you review.

Please let me know if you have any questions.

Ray Moheet

---

To My Employer
Via Erin T Nguyen (Disney representative)

My unwavering faith has and always will be the cornerstone and foundation for which I seek any and all accommodation regarding my employer's vaccination mandate. This was made clear multiple times 9/29 and 9/30 via my representation and we informed my employer that a fully written explanation of my faith would be sent Monday (today 10/4) when I was wrapped from the job I was working in Atlanta which is a 3 hr time difference.

The recommendation by my physician is all of the personal medical information I'm comfortable disclosing to my employer without revealing what my medical history and genetic makeup predisposes me to. I simply (in good faith response to the demand letter requiring me to immediately address both my medical & religious standing) included it for my employer.

I have submitted all necessary and requested information in writing pertaining to my faith to my employer, including the tenets, moral obligations and those things which are deemed sacrilege (which specifically addresses medical interventions such as SARS-cov19 injection), therefore I am uncertain of what line of discussions can be had without putting my religion under judgment/debate by parties/entities whom do not have the authority legally or morally to do so.

Due to the sensitive and potential legal ramifications of any conversation regarding my religion and the protections under the Civil Rights Act of 1964 Title VII in which I am entitled to, I kindly request that any further questions regarding my faith is done in writing and if verbal communication is preferred, I will need a representative of the EEOC (or the equivalent of my choosing) to be present, or my attorney.

Kindest Regards,
Rockmond Dunbar

---

Though the laws of Title VII of The Civil Rights Act of 1964 protect me from having to 'provide proof or paperwork from my minister' I am submitting this signed document from him on my behalf and would think that any further questions that may have arisen are now answered. Thank you.

# CONGREGATION

# OF

# UNIVERSAL WISDOM

THIS IS TO CERTIFY THAT:

ROCKMOND DUNBAR

IS ENROLLED AS A MEMBER OF THIS RELIGIOUS ORDER AND
IS SUBJECT TO THE TENETS AND BELIEFS OF THIS ORDER

No member of the Congregation shall have applied, injected,
ingested, or infused into the body any foreign
materials of unhealthy or unnatural composition.
(The above provision includes the Flu Shots as well
as any other invasive procedure such as COVID vaccine shots
and invasive COVID testing instruments which contain
unnatural hazardous chemicals and/or other foreign matter).
No member of the Congregation shall have surgical
Instruments cutting or piercing the tissues of the
body.

The primary tenet of this religious order is based
upon the concept that God and nature are one; and
that the Innate power of life, inherent in all
living organisms, originates and enhances life
and healing from above-downward, inward and out.
A member is conscientiously opposed to killing,
maiming or willfully injuring a fellow living being
whether by edict, act of war or dint of circumstance

THIS DOCUMENT OFFICIALLY DECREED SEPTEMBER 30 ,2021
THROUGH THE AUSPICES OF INNATE UNIVERSAL WISDOM.

Walter D. Schilling, D.C.

Minister, Congregation of Universal Wisdom

# 6 Bayau Trail, Medford, N.J. 08055 Phone # 609-654-0666

**From:** "Nguyen, Erin T." <Erin.T.Nguyen@disney.com>
**Date:** Monday, October 4, 2021 at 12:56 PM
**To:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>
**Cc:** Ray Moheet <ray@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Hi Sheree, and thanks very much for sending. It appears Rockmond has submitted the same medical documentation that we received previously, which is not sufficient to support an exception to the Company's mandatory vaccine requirement. Am I understanding that Rockmond is now requested an accommodation based on his religious beliefs as well?

If so, I will need to speak with him further to fully understand how his religious/spiritual beliefs prevent him from receiving the Covid-19 vaccine. Thank you very much.

**From:** Sheree Cohen [mailto:Sheree.Cohen@a3artistsagency.com]
**Sent:** Monday, October 4, 2021 7:04 AM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Ray Moheet <ray@mainstayentertainment.com>
**Subject:** Fwd: vaccine accommodation request paperwork

Please find all of Rockmond's required documents attached pertaining to his request for vaccination accommodations. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is private and confidential. It is intended only for the use of the individual or entity to whom it is addressed. The information may be privileged, proprietary and exempt from disclosure under applicable federal, state or other law. Any recipient of this electronic mail message other than the intended recipient is hereby notified not to disclose, distribute or copy this electronic mail message, or take or refrain from taking any action in reliance on this message. If this message has been transmitted in error and you are not the intended recipient, please delete and destroy all copies of this communication at once, and notify the sender by return email.

**EXHIBIT F**

Message

| From: | Rockmond Dunbar [rockmonddunbar11@gmail.com] |
|---|---|
| Sent: | 10/5/2021 9:59:45 PM |
| To: | Nguyen, Erin T. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ecb531138fe48d29000ba32f0ac9271-Nguyen, Eri]; Maya Dunbar [mayadunbar11@gmail.com]; Norm Aladjem [norm@mainstayentertainment.com]; Terri Franklin [info@pji.org] |
| CC: | Ray Moheet [ray@mainstayentertainment.com]; Sheree Cohen [Sheree.Cohen@a3artistsagency.com] |
| Subject: | Re: FW: vaccine accommodation request paperwork |

To: Disney Studios
500 S. Buena Vista
Burbank CA

Re: Religious Exemption Accommodation Denial (by Ms Erin T. Nguyen—Disney representative.)
Date: 10/5/21

To Whom It May Concern,

The law firm of Pacific Justice Institute of Sacramento, California has advised me to formally request in writing that my employer provide the steps on how to appeal the denial to my sincerely held religious beliefs exemption accommodation.

I am also noting in writing, that I am requesting any and all documentation that Disney employee Erin T. Nguyen is claiming to have sent to me SPECIFICALLY requesting my medical and/or religious exemption accommodation. As my representatives have attested via email to Ms Nguyen and by phone to Ms Nguyen's fellow co-workers and superiors at Disney, no such attempts have ever been made prior to last Thursday 9/30. To which we responded swiftly, providing all documentation, including: the completed first & ONLY form we've received (9/30) requesting my status regarding an ME and religious exemption, I submitted: an ME from my physician (first as it was on hand) in addition to, a 3 page explanation of the tenets, moral obligations of my faith along with those things that are specifically considered sacrilege in my faith, a personal letter from myself, in addition to a letter from our minister attesting to my religious beliefs, despite it being illegal for my employer to even request. (In good faith I sent it so that there is physical, undebatable proof that clearly define conflict with vaccination), along with confirming my membership. It was signed and dated 9/30/21 and was submitted first thing 10/4 Monday morning.

When Ms Nguyen responded that she wanted to get on the phone to 'discuss' my religious beliefs, I was made to feel uncomfortable due to the potential litigious nature that a dialogue like this could stumble into. I was also made uncomfortable with the idea that despite providing her with every answer the company is legally entitled to regarding my sincerely held religious beliefs, that she insisted on 'quizzing' me regarding my religion. I offered to continue to have our future correspondence in writing to protect both parties, OR my attorney to be present for any discussion (10/4/21). It wasn't until (10/5/21) after 12noon that I was informed that suddenly Ms Nguyen didn't have time to properly review my case and she proceeded to level false accusations alleging that I intentionally have not provided the required information that I have supplied willingly and without malice or hesitation. She then told me I have been fired from my series effective October 18, 2021.

My agents and managers have attempted to communicate with Ms Nguyen to resolve these inaccurate allegations in her email , as this is a time sensitive matter due to my work schedule with the production 9-1-1 on FOX. Ms Nguyen has repeatedly refused numerous calls and emails from my team and seems to have now made this a personal vendetta where she is outright refusing to do her job by properly assisting me in this interactive process.

FOX00000375

I am aware of my protections under Title VII of The Civil Rights Act of 1964 for which I am requesting my employer by way of their representative Ms Erin T Nguyen, to obey the laws set forth and not continue this offensive, discriminatory attack on my religious beliefs.

Kindest Regards,
Rockmond Dunbar

On Tue, Oct 5, 2021 at 3:57 PM Norm Aladjem <norm@mainstayentertainment.com> wrote:

FYI



ENTERTAINMENT

Norman Aladjem

959 Seward Street

Suite 307

Los Angeles, CA 90038

e: norm@mainstayentertainment.com

t: (w)310-860-2880|(c) 310-569-4956

---

**From:** Norm Aladjem <norm@mainstayentertainment.com>
**Date:** Tuesday, October 5, 2021 at 12:55 PM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>, Sheree Cohen <Sheree.Cohen@a3artistsagency.com>, Ray Moheet <ray@mainstayentertainment.com>
**Subject:** Re: vaccine accommodation request paperwork

Hi Erin

First of all, we would appreciate getting on the phone with you ASAP to discuss.

Secondly, your email is both misleading and counter-productive, unless what you're really saying is that you're looking for an excuse to get Rock off the show.

A sincerely held religious belief is exactly that, whether anyone else shares that belief or not. I understand that it's expedient for you to pretend his religious beliefs are not sincere to make your job easier, and to make life easier for vaccinated people on set, but I find your approach completely retaliatory. Rock has and is willing to get on the phone with you to discuss his beliefs, but is aware based on your approach that what you actually intend is to pretend to listen to him and then pronounce his beliefs not to be sincere. I suspect you too would be hesitant to talk to someone about your beliefs in that context.

Finally, it's inaccurate and misleading to say he "pivoted" to a religious belief exemption because he was unwilling to give you additional information about his medical situation. First of all, he did provide additional medical information consistent with what his doctor recommended and Hippa protections allow. And I assume you know that two things can be true at once. The fact that he has medical issues doesn't negate his religious beliefs, or the other way

around. It's pretty outrageous that you're suggesting otherwise. Not to speak of the notion that you're unwilling to expedite the process.

Warm regards.

Norm



Norman Aladjem

959 Seward Street

Suite 307

Los Angeles, CA 90038

e: norm@mainstayentertainment.com

t: (w)310-860-2880|(c) 310-569-4956

---

**From:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Date:** Tuesday, October 5, 2021 at 12:03 PM
**To:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>, Ray Moheet <ray@mainstayentertainment.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Hello and thank you for your email. As you know, Rockmond and the other Zone A cast/crew for 9-1-1 were made aware on September 1, 2021 that they were required to be fully vaccinated against Covid-19 as a condition of continued employment. Several weeks later, on September 30, 2021, we learned for the first time that Rockmond was requesting a medical accommodation and received a note from his doctor, which we reviewed as quickly as possible. We informed you on October 1, 2021 that the doctor's note was not sufficient to support an exception to the Company's policy, and requested additional information; we also informed you that, given the late date of the request, we might not have sufficient time to evaluate. In response, Rockmond pivoted and indicated for the first time that he has a religious belief that is inconsistent with the Covid-19 vaccine. I then requested to speak with Rockmond to learn more about his sincerely-held religious beliefs, as part of the interactive process. Rockmond indicated an unwillingness to do so.

As I am sure you understand, the process for reviewing and considering accommodation requests is intended to be interactive and takes some time. Even if we had been able to validate Rockmond's need for an accommodation, we would have then needed time to consult with the production to determine what (if any) accommodations might have been possible to allow Rockmond to work on the show without being vaccinated. And, providing accommodations for Zone A talent, especially on a production with unvaccinated minors, is typically very difficult. Given the timing of Rockmond's request, we are unable to review and complete this process in time for him to continue work on 9-1-1. It is unfortunate that if an accommodation was required, it was not raised weeks ago when it could have been properly evaluated. Therefore, Rockmond will be unable to continue on 9-1-1 after October 18, 2021.

Thank you very much.

**Erin Truax Nguyen**

CONFIDENTIAL – SUBJECT TO THE PARTIES' PROTECTIVE ORDER                                      FOX00000377

Employee Relations

Disney General Entertainment

Phone: 818-460-7723  (tie line 8460)

This email message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 818-460-7723 and delete this message from your computer.  Thank you.

**From:** Sheree Cohen [mailto:Sheree.Cohen@a3artistsagency.com]
**Sent:** Tuesday, October 5, 2021 10:04 AM
**To:** Ray Moheet <ray@mainstayentertainment.com>; Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Erin, can you please call us. This is extremely time sensitive. (310) 871-5485. Thank you.

**From:** Ray Moheet <ray@mainstayentertainment.com>
**Sent:** Monday, October 4, 2021 4:09 PM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>; Norm Aladjem <norm@mainstayentertainment.com>
**Subject:** Re: vaccine accommodation request paperwork

Hi Erin –

Respectfully, we don't agree with your assessment regarding Rockmond's medical and are hereby requesting an appeal. Furthermore, below please find two notes from Rockmond for you review.

Please let me know if you have any questions.

Ray Moheet

To My Employer

Via Erin T Nguyen (Disney representative)

My unwavering faith has and always will be the cornerstone and foundation for which I seek any and all accommodation regarding my employer's vaccination mandate. This was made clear multiple times 9/29 and 9/30 via my representation and we informed my employer that a fully written explanation of my faith would be sent Monday (today 10/4) when I was wrapped from the job I was working in Atlanta which is a 3 hr time difference.

The recommendation by my physician is all of the personal medical information I'm comfortable disclosing to my employer without revealing what my medical history and genetic makeup predisposes me to. I simply (in good faith response to the demand letter requiring me to immediately address both my medical & religious standing) included it for my employer.

I have submitted all necessary and requested information in writing pertaining to my faith to my employer, including the tenets, moral obligations and those things which are deemed sacrilege (which specifically addresses medical interventions such as SARS-cov19 injection), therefore I am uncertain of what line of discussions can be had without putting my religion under judgment/debate by parties/entities whom do not have the authority legally or morally to do so.

Due to the sensitive and potential legal ramifications of any conversation regarding my religion and the protections under the Civil Rights Act of 1964 Title VII in which I am entitled to, I kindly request that any further questions regarding my faith is done in writing and if verbal communication is preferred, I will need a representative of the EEOC (or the equivalent of my choosing) to be present, or my attorney.

Kindest Regards,

Rockmond Dunbar

---

Though the laws of Title VII of The Civil Rights Act of 1964 protect me from having to 'provide proof or paperwork from my minister' I am submitting this signed document from him on my behalf and would think that any further questions that may have arisen are now answered. Thank you.

# CONGREGATION

# OF

# UNIVERSAL  WISDOM

THIS IS TO CERTIFY THAT:

ROCKMOND DUNBAR

**IS ENROLLED AS A MEMBER OF THIS RELIGIOUS ORDER AND
IS SUBJECT TO THE TENETS AND BELIEFS OF THIS ORDER**

No member of the Congregation shall have applied, injected,
ingested, or infused into the body any foreign
materials of unhealthy or unnatural composition.
**(The above provision includes the Flu Shots as well
as any other invasive procedure such as COVID vaccine shots
and invasive COVID testing instruments which contain
unnatural hazardous chemicals and/or other foreign matter).**
No member of the Congregation shall have surgical
Instruments cutting or piercing the tissues of the
body.

The primary tenet of this religious order is based
upon the concept that God and nature are one; and
that the Innate power of life, inherent in all
living organisms, originates and enhances life
and healing from above-downward, inward and out.
A member is conscientiously opposed to killing,
maiming or willfully injuring a fellow living being
whether by edict, act of war or dint of circumstance

**THIS DOCUMENT OFFICIALLY DECREED SEPTEMBER 30 ,2021
THROUGH THE AUSPICES OF INNATE UNIVERSAL WISDOM.**

Walter P. Schilling, D.C.

Minister, Congregation of Universal Wisdom

# 6 Bayau Trail, Medford, N.J. 08055 Phone # 609-654-0666

**From:** "Nguyen, Erin T." <Erin.T.Nguyen@disney.com>
**Date:** Monday, October 4, 2021 at 12:56 PM
**To:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>
**Cc:** Ray Moheet <ray@mainstayentertainment.com>
**Subject:** RE: vaccine accommodation request paperwork

Hi Sheree, and thanks very much for sending. It appears Rockmond has submitted the same medical documentation that we received previously, which is not sufficient to support an exception to the Company's mandatory vaccine requirement. Am I understanding that Rockmond is now requested an accommodation based on his religious beliefs as well?

If so, I will need to speak with him further to fully understand how his religious/spiritual beliefs prevent him from receiving the Covid-19 vaccine. Thank you very much.

**From:** Sheree Cohen [mailto:Sheree.Cohen@a3artistsagency.com]
**Sent:** Monday, October 4, 2021 7:04 AM
**To:** Nguyen, Erin T. <Erin.T.Nguyen@disney.com>
**Cc:** Ray Moheet <ray@mainstayentertainment.com>
**Subject:** Fwd: vaccine accommodation request paperwork

Please find all of Rockmond's required documents attached pertaining to his request for vaccination accommodations. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is private and confidential. It is intended only for the use of the individual or entity to whom it is addressed. The information may be privileged, proprietary and exempt from disclosure under applicable federal, state or other law. Any recipient of this electronic mail message other than the intended recipient is hereby notified not to disclose, distribute or copy this electronic mail message, or take or refrain from taking any action in reliance on this message. If this message has been transmitted in error and you are not the intended recipient, please delete and destroy all copies of this communication at once, and notify the sender by return email.

**EXHIBIT G**

Message

| From: | Menton, Tanya L. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2B3AA911157A424196C0C3033FFC006D-MENTON, TAN] |
| Sent: | 10/6/2021 4:49:52 PM |
| To: | Sheree Cohen [Sheree.Cohen@a3artistsagency.com]; Norihiro, Naomi [/o=ExchangeLabs/ou=Exchange |
| | Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae04078e709148e7b67046533371072b-Norihiro, N] |
| CC: | Walker, Franklin [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a7375233597c4c6ebd808126c7c4e373-Walker, Fra]; Tim Minear |
| | [timminear@aol.com]; Stephanie Holbrook [holbrookcasting@gmail.com]; Norm Aladjem |
| | [norm@mainstayentertainment.com]; Ray Moheet [ray@mainstayentertainment.com] |
| Subject: | RE: Contacting HR |

I'm happy to discuss with an attorney.  My assistant can help schedule a call.

**From:** Sheree Cohen <Sheree.Cohen@a3artistsagency.com>
**Sent:** Wednesday, October 6, 2021 9:48 AM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Cc:** Walker, Franklin <Franklin.Walker@disney.com>; Tim Minear <timminear@aol.com>; Stephanie Holbrook <holbrookcasting@gmail.com>; Norm Aladjem <norm@mainstayentertainment.com>; Ray Moheet <ray@mainstayentertainment.com>
**Subject:** RE: Contacting HR

Here you go...

**From:** Maya Dunbar <mayadunbar11@gmail.com>
**Sent:** Wednesday, October 6, 2021 4:43 AM
**To:** Norm Aladjem <norm@mainstayentertainment.com>; Ray Moheet <ray@mainstayentertainment.com>; Rockmond Dunbar <rockmonddunbar11@gmail.com>; Sheree Cohen <Sheree.Cohen@a3artistsagency.com>
**Subject:** re: Contacting HR

Hi All
We would like this issue of religious discrimination to be brought to the attention of Disney's HR department. Ms Nguyen is actively engaging in a discriminatory and retaliatory manner that is illegal. While we understand Disney has a right to to not put Rock in episodes per the standard pay or play contract---what is currently happening is outside of the law. Please find information below taken directly from:

https://www.eeoc.gov/laws/guidance/section-12-religious-discrimination

# 12-I  COVERAGE

## Types of Cases

Title VII prohibits covered employers, employment agencies, and unions[14] from engaging in disparate treatment and from maintaining policies or practices that result in unjustified disparate impact based on religion.  Historically, courts and the Commission characterized denial of accommodation as a separate cause of action.[15]  In *EEOC v. Abercrombie & Fitch Stores, Inc.*, the Supreme Court stated that there are only two causes of action under Title VII:  "disparate treatment" (or "intentional discrimination") and "disparate impact."[16]  It treated a claim based on a failure to accommodate a religious belief, observance, or practice (absent undue hardship) as a form of disparate treatment.[17]  The Commission recognizes that harassment and denial of religious accommodation are typically forms of disparate treatment in the terms

and conditions of employment. Different types of fact patterns may arise in relation to Title VII religious discrimination, including:

• treating applicants or employees differently (disparate treatment) by taking an adverse action based on their religious beliefs, observances, or practices (or lack of religious beliefs, observances or practices) in any aspect of employment, including recruitment, hiring, assignments, discipline, promotion, discharge, and benefits;

• taking adverse action motivated by a desire to avoid accommodating a religious belief, observance, or practice that the employer knew or suspected may be needed and would not pose an undue hardship;

• denying a needed reasonable accommodation sought for an applicant's or employee's sincerely held religious beliefs, observances, or practices if an accommodation will not impose an undue hardship on the conduct of the business;

• intentionally limiting, segregating or classifying employees based on the presence or absence of religious beliefs, observances, or practices (also a form of disparate treatment), or enforcing a neutral rule that has the effect of limiting, segregating, or classifying an applicant or employee based on religious beliefs, observances, or practices and that cannot be justified by business necessity (disparate impact);

• subjecting employees to harassment because of their religious beliefs, observances, or practices (or lack of religious beliefs, observances or practices) or because of a belief that someone of the employee's religion should not associate with someone else (e.g., discrimination because of an employee's religious inter-marriage, etc.);

• retaliating against an applicant or employee who has opposed discrimination on the basis of religion, or participated in any manner in an investigation, proceeding, or hearing regarding discrimination on the basis of religion, including by filing an equal employment opportunity (EEO) charge or testifying as a witness in someone else's EEO matter, or complaining to a human resources department about alleged religious discrimination.

--
Best Wishes,

Maya

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is private and confidential. It is intended only for the use of the individual or entity to whom it is addressed. The information may be privileged, proprietary and exempt from disclosure under applicable federal, state or other law. Any recipient of this electronic mail message other than the intended recipient is hereby notified not to disclose, distribute or copy this electronic mail message, or take or refrain from taking any action in reliance on this message. If this message has been transmitted in error and you are not the intended recipient, please delete and destroy all copies of this communication at once, and notify the sender by return email.

**EXHIBIT H**

Message

| From: | Menton, Tanya L. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2B3AA911157A424196C0C3033FFC006D-MENTON, TAN] |
| Sent: | 10/6/2021 9:37:28 PM |
| To: | Young Park [young@marlispark.com] |
| Subject: | RE: Rockmond Dunbar |

Hi Young,

Disney's ER team forwarded emails from Mr. Dunbar and his representatives. They were angry and threatened legal claims. I responded by stating that I am happy to discuss Disney's position but preferred to speak with an attorney. I'm happy to speak with you but am booked until 5 p.m. Would you like me to ask my assistant to schedule time for us to speak tomorrow?

**From:** Young Park <young@marlispark.com>
**Sent:** Wednesday, October 6, 2021 2:21 PM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Subject:** Rockmond Dunbar

Hi Tanya:

I received your e-mail contact from my client Rockmond Dunbar. It's my understanding that someone from Disney/Fox wants to speak to Rockmond or his counsel. Please let me know when a good time for a call is. I'm generally free until 5PM today. My number is 323-922-2000.

I look forward to speaking to you.

Young

--
Young K. Park
Partner
**MARLIS PARK, P.C.**
3600 Wilshire Boulevard
Suite 1815
Los Angeles, CA 90010
Office: 323-922-2000
Direct: 323-638-1730
Fax:   323-922-2000
www.marlispark.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

# EXHIBIT I

| From: | Menton, Tanya L. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2B3AA911157A424196C0C3033FFC006D-MENTON, TAN] |
| Sent: | 10/13/2021 12:28:00 AM |
| To: | Young Park [young@marlispark.com] |
| Subject: | RE: Rockmond Dunbar - Contract Payout |

He has made it clear that he cannot/will not comply with the vaccine mandate.

**From:** Young Park <young@marlispark.com>
**Sent:** Tuesday, October 12, 2021 5:27 PM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Subject:** Re: Rockmond Dunbar - Contract Payout

Okay. I will let him know about this and see if he declines or accepts. But it was you who brought up the contract
language in our phone call. And I just asked for clarification.

Can you explain to me how he breached the K by violating company policy? What did Rock did wrong?

Young

--
Young K. Park
Partner
**MARLIS PARK, P.C.**
3600 Wilshire Boulevard
Suite 1815
Los Angeles, CA 90010
Office: 323-922-2000
Direct: 323-638-1730
Fax:   323-922-2000
www.marlispark.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If
you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required
to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the
message is stored.

**From:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Date:** Tuesday, October 12, 2021 at 5:05 PM
**To:** Young Park <young@marlispark.com>
**Subject:** FW: Rockmond Dunbar - Contract Payout

Mr. Dunbar is only entitled to be paid for the 9 episodes that he has worked on this season. He is not entitled to
anything further. We offered payment for an additional episode ($80,428) in an effort to amicably resolve the
matter. Your client is free to accept or reject that offer. If he rejects the offer, he will not be paid for anything
after completing the current episode.

To be clear, we are not buying Mr. Dunbar out of his agreement. Rather, we are terminating him for breach of
the agreement. His agreement requires him to comply with all Company policy. The vaccine mandate is a
Company policy.

As I stated earlier, Mr. Dunbar's representatives were contacted before the Company imposed the mandate. We were assured that there was no issue. It was only at the 11ᵗʰ hour that he sought a medical (and then religious) accommodation.

---

**From:** Young Park <young@marlispark.com>
**Sent:** Tuesday, October 12, 2021 4:43 PM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Subject:** Rockmond Dunbar - Contract Payout

Tanya:

It's my understanding that there are eighteen episodes in the fifth season of 9-1-1. I believe FOX is obligated to pay Rockmond for "All Shows Produced." The fifth page of the contract defines ASP as All Original Episodes Produced. The minimum is a floor. So, for example, if seven shows are produced, he would still get paid the minimum of ten episodes for the fifth season pursuant to the contract. The compensation section in the fifth page states that "Player is guaranteed, pay or play, the following Ratio of original episodes produced but no less than the Minimum Number." The following is the schedule:

<image001.png>
There are eighteen episodes this season, so he is entitled to nine episodes of pay. Please get clarification from the business affairs folks.

Rockmond should be entitled to what he has bargained for in his contract. I don't understand how you can expect him to sign a release for basically prior consideration. There's no new consideration here for a release. He's already entitled to nine episodes worth of pay. I think it would go a long way in terms of any future disputes if Fox simply honored its contractual obligations.

Please let me know.

Young

--
Young K. Park
Partner
**MARLIS PARK, P.C.**
3600 Wilshire Boulevard
Suite 1815
Los Angeles, CA 90010
Office: 323-922-2000
Direct: 323-638-1730
Fax:   323-922-2000
www.marlispark.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**EXHIBIT J**

Message

| | |
|---|---|
| **From**: | Menton, Tanya L. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2B3AA911157A424196C0C3033FFC006D-MENTON, TAN] |
| **Sent**: | 10/8/2021 8:39:10 PM |
| **To**: | Young Park [young@marlispark.com] |
| **Subject**: | RE: Rockmond Dunbar |

My pleasure

**From:** Young Park <young@marlispark.com>
**Sent:** Friday, October 8, 2021 1:37 PM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Subject:** Re: Rockmond Dunbar

Okay, thanks for the prompt response.

--
Young K. Park
Partner
**MARLIS PARK, P.C.**
3600 Wilshire Boulevard
Suite 1815
Los Angeles, CA 90010
Office: 323-922-2000
Direct: 323-638-1730
Fax:    323-922-2000
www.marlispark.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If
you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required
to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the
message is stored.

**From:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Date:** Friday, October 8, 2021 at 1:35 PM
**To:** Young Park <young@marlispark.com>
**Subject:** FW: Rockmond Dunbar

Hi Young,

The vaccine mandate for the show starts on October 18.  As a result, Rockmond can work until that date.

Sorry for my confusion re. the date.

**From:** Young Park <young@marlispark.com>
**Sent:** Friday, October 8, 2021 12:38 PM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Subject:** Re: Rockmond Dunbar

Rockmond sent me this e-mail last night. I just want to be extra careful here and get confirmation from you that he won't
be shooting 509 and isn't expected to get tested, etc. Please let me know.

Young

---------- Forwarded message ---------
From: **Erin Gannon** <erinlouisegannon@gmail.com>
Date: Thu, Oct 7, 2021 at 2:59 PM
Subject: Re: 9-1-1 Ep. 509 next week
To: Rockmond Dunbar <rockmonddunbar11@gmail.com>


Update - we will now be shooting with you on Tuesday instead on Monday but will need you Monday for testing, potential fittings.
Thanks!

On Thu, Oct 7, 2021 at 7:02 AM Rockmond Dunbar <rockmonddunbar11@gmail.com> wrote:
Thank you.

On Wed, Oct 6, 2021 at 10:32 PM Erin Gannon <erinlouisegannon@gmail.com> wrote:
Hi Rockmond!

Wanted to give you the heads up that we'll be shooting 509 work with you next week, starting Monday the 11th for a few days that week (tbd).

Health & Safety will be in touch regarding testing. Thanks!


--
**Erin Gannon**
**Asst. to Bob Williams | 9-1-1**
o: 310.969.5501 / c: 248.496.7328

--
**Erin Gannon**
**Asst. to Bob Williams | 9-1-1**
o: 310.969.5501 / c: 248.496.7328


--
Young K. Park
Partner
**MARLIS PARK, P.C.**
3600 Wilshire Boulevard
Suite 1815
Los Angeles, CA 90010
Office: 323-922-2000
Direct: 323-638-1730
Fax:   323-922-2000
www.marlispark.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Date:** Wednesday, October 6, 2021 at 2:40 PM
**To:** Young Park <young@marlispark.com>
**Cc:** Norihiro, Naomi <Naomi.Norihiro@disney.com>
**Subject:** RE: Rockmond Dunbar

Thanks.  Naomi, please find time for us to speak tomorrow.

**From:** Young Park <young@marlispark.com>
**Sent:** Wednesday, October 6, 2021 2:39 PM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Subject:** Re: Rockmond Dunbar

Yes, tomorrow works. I'm free after 11AM and just catching up on things.

Young

--
Young K. Park
Partner
**MARLIS PARK, P.C.**
3600 Wilshire Boulevard
Suite 1815
Los Angeles, CA 90010
Office: 323-922-2000
Direct: 323-638-1730
Fax:   323-922-2000
www.marlispark.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If
you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required
to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the
message is stored.

**From:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Date:** Wednesday, October 6, 2021 at 2:37 PM
**To:** Young Park <young@marlispark.com>
**Subject:** RE: Rockmond Dunbar

Hi Young,

Disney's ER team forwarded emails from Mr. Dunbar and his representatives.  They were angry and threatened legal
claims.  I responded by stating that I am happy to discuss Disney's position but preferred to speak with an attorney.  I'm
happy to speak with you but am booked until 5 p.m.  Would you like me to ask my assistant to schedule time for us to
speak tomorrow?

**From:** Young Park <young@marlispark.com>
**Sent:** Wednesday, October 6, 2021 2:21 PM
**To:** Menton, Tanya L. <Tanya.L.Menton@disney.com>
**Subject:** Rockmond Dunbar

Hi Tanya:

I received your e-mail contact from my client Rockmond Dunbar. It's my understanding that someone from Disney/Fox
wants to speak to Rockmond or his counsel. Please let me know when a good time for a call is. I'm generally free until
5PM today. My number is 323-922-2000.

I look forward to speaking to you.

Young

--
Young K. Park
Partner
**MARLIS PARK, P.C.**
3600 Wilshire Boulevard
Suite 1815
Los Angeles, CA 90010
Office: 323-922-2000
Direct: 323-638-1730
Fax:   323-922-2000
www.marlispark.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If
you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required
to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the
message is stored.

**EXHIBIT K**



10:02

**Tim Minear**

iMessage
Oct 11, 2021, 10:23 PM

I wasn't a fan of that first scene for tomorrow so I rewrote it just now

You've met me

Ok... can't wait to get it.... Man I'm trying so hard not to be stressed... This shit is so fucked up how Disney is doing me.... I'm trying so hard to just focus and do a good job. Of what's left of my career anyway.

Oct 12, 2021, 1:06 PM

Hey give me a call. Word has reached me that you're upset. If I didn't say a thing it's not a thing. I am not writing you off the show. I am sending Michael to Haiti and we're using that to let

iMessage



10:03

**Tim Minear** ›

Oct 12, 2021, 1:06 PM

Hey give me a call. Word has reached me that you're upset. If I didn't say a thing it's not a thing. I am not writing you off the show. I am sending Michael to Haiti and we're using that to let things untangle

And it's good for the character

Meaning only listen to me

I am god

Hey... I'm not upset... just having anxiety after the crew started to walk up and hug me... the only disturbing thing is people think that this shit is my decision. I gave Disney my religious/ medical exemptions from my Dr. and minister. THEY

iMessage

10:03

**T**

**Tim Minear** >

I am god

Hey... I'm not upset... just having anxiety after the crew started to walk up and hug me... the only disturbing thing is people think that this shit is my decision. I gave Disney my religious/ medical exemptions from my Dr. and minister...THEY choose to deny them both. I agreed to testing and was told get vaxed or you are terminated... This is Disney's decision.... Not mine... zero provisions have been made... I'm listening to you brother and I believe this will blow over as well. Just trying to survive through the day with a lil dignity is all...

You got this



iMessage

10:03

**Tim Minear** >

hug me... the only disturbing thing is people think that this shit is my decision. I gave Disney my religious/ medical exemptions from my Dr. and minister...THEY choose to deny them both. I agreed to testing and was told get vaxed or you are terminated... This is Disney's decision.... Not mine... zero provisions have been made... I'm listening to you brother and I believe this will blow over as well. Just trying to survive through the day with a lil dignity is all...

You got this

Oct 12, 2021, 7:49 PM

Thank you brother!!!!

iMessage

10:04

**Tim Minear** ›

Thank you brother!!!!

**Date:** Tuesday, October 12, 2021 at 5:05 PM
**To:** Young Park <young@marlispark.com>
**Subject:** FW: Rockmond Dunbar - Contract Payout

Mr. Dunbar is only entitled to be paid for the 9 episodes that he has worked on this season. He is not entitled to anything further. We offered payment for an additional episode ($80,428) in an effort to amicably resolve the matter. Your client is free to accept or reject that offer. If he rejects the offer, he will not be paid for anything after completing the current episode.

To be clear, we are not buying Mr. Dunbar out of his agreement. Rather, we are terminating him for breach of the agreement. His agreement requires him to comply with all Company policy. The vaccine mandate is a Company policy.

As I stated earlier, Mr. Dunbar's

Just an FYI

FYI she's wrong I'm "all shows produced" I never breached contract... But they are going to fire me next week apparently.

iMessage



10:04

**Tim Minear**

Call me when you wrap

Ok

Oct 12, 2021, 11:41 PM

Hey I'm done if you are still available.

Yes

Oct 14, 2021, 12:29 AM

hey brotha apologies for late text. Employee relations has literally just emailed me after repeatedly refusing to engage in any meaningful way. Before I respond I just wanted to ask if anything has changed on your end? I know you put up a good fight for me and they shut it down & said it was now a



10:04 ✓

< T 🗅

**Tim Minear** >

Oct 14, 2021, 12:29 AM

hey brotha
apologies for late text.
Employee relations has
literally just emailed me
after repeatedly refusing to
engage in any meaningful
way. Before I respond I just
wanted to ask if anything
has changed on your end? I
know you put up a good
fight for me and they shut it
down & said it was now a
legal issue. So it seems odd
that less than 24 hrs later
they're reaching out.

Nothing has changed. I've
made it clear that i am not
writing you off the show.
Only that I've sent micheal
to Haiti with my desire to
bring him back





10:05

**Tim Minear** >

Thu, Nov 11, 10:09 AM

9-1-1 - Rockmond...

Thanks for fighting for me brother. See you on higher ground.

👍

This too shall pass

Please tell Ryan and Brad... Thank you as well. ✊🏿

❤️

I keep praying our country comes to its senses and sanity and liberty will be things again

(Too wordy for an election slogan, but there you have it )

iMessage



**Tim Minear** >

Tue, Nov 16, 2:32 AM

Beautiful work... Thank you sir. Loved the montage! 👍🏾

Tue, May 17, 1:25 PM

Hey Brotha
Been a long minute. Hope you and yours are enjoying this much deserved time off. Last 8 months have been crazy for sure but my family and I are doing really well and if nothing else my life is full of love, so for that I'll always remain eternally grateful. Speaking of gratitude, Just saw that Season 6 was officially picked up yesterday (never thought it wouldn't be) so I just wanted to reach out and send my congrats to you.

iMessage



10:06

**Tim Minear** >

Tue, May 17, 1:25 PM

Hey Brotha
Been a long minute. Hope you and yours are enjoying this much deserved time off. Last 8 months have been crazy for sure but my family and I are doing really well and if nothing else my life is full of love, so for that I'll always remain eternally grateful. Speaking of gratitude, Just saw that Season 6 was officially picked up yesterday (never thought it wouldn't be) so I just wanted to reach out and send my congrats to you. Major feat to hit that 6th season milestone especially in this fickle tv market.

I also wanted to again thank you for the opportunity this

iMessage



10:06

**Tim Minear** ›

I also wanted to again thank you for the opportunity this series has allotted me as an actor but more importantly as a husband, father and man to provide for my family while doing what I love with people I immensely respect. Seeing the cast celebrate the announcement made my heart smile and soul ache to be there to relish in the joy.

Disney's attorneys told my legal counsel a few weeks ago I'm well loved at FOX and Disney and my job is waiting for me whenever I'm cleared to work. Praying the latter is true.

Keep kicking ass man, we need more of you in this biz. And if by chance anything

iMessage





10:06

**Tim Minear** ›

ache to be there to relish in the joy.

Disney's attorneys told my legal counsel a few weeks ago I'm well loved at FOX and Disney and my job is waiting for me whenever I'm cleared to work. Praying the latter is true.

Keep kicking ass man, we need more of you in this biz. And if by chance anything changes or opens up there or even other avenues just know I'm here and ready.

Much Respect today, tomorrow and always.

Rock

Read 5/17/22



Thanks Rock! I feel the

10:06

**Tim Minear** ›



Disney's attorneys told my legal counsel a few weeks ago I'm well loved at FOX and Disney and my job is waiting for me whenever I'm cleared to work. Praying the latter is true.

Keep kicking ass man, we need more of you in this biz. And if by chance anything changes or opens up there or even other avenues just know I'm here and ready.

Much Respect today, tomorrow and always.

Rock

Read 5/17/22



Thanks Rock ! I feel the same

iMessage

**EXHIBIT L**



---------- Forwarded message ---------
From: **K C** <kennethc2000@gmail.com>
Date: Fri, Nov 4, 2022 at 5:03 PM
Subject: Fwd: 9-1-1 Zone A Mandate Removal Communication
To: Rockmond Dunbar <Rockmonddunbar11@gmail.com>


---------- Forwarded message ---------
From: **9-1-1 Season 6** <notification@distro.scenechronize.com>
Date: Fri, Nov 4, 2022 at 2:00 PM
Subject: 9-1-1 Zone A Mandate Removal Communication
To: Kenneth Choi <kennethc2000@gmail.com>


Please see the attached Memo from 20th TV.

Thank you
Production

Sent from Scenechronize

CONFIDENTIAL                                                      DUNBAR_000912



## Season 6

DATE:  11/04/22

TO: All Cast & Crew

FROM:  Health & Safety

RE:  Zone A Mandate Removal


Attn. All Cast & Crew

*911 Cast & Crew,*
*As part of the effort to remain aligned with CDC guidance and our unions RTW agreement, we continue to review and evaluate all COVID safety protocols for Disney General Entertainment.  In accordance with the union's RTW Agreement, we have previously maintained a mandatory vaccine requirement for Zone A. While COVID vaccines have been instrumental to the progress we've made in fighting the pandemic, based on developing data and input from our medical experts, as well as the impacts to this production (based on over a dozen safety and business considerations), we have made the decision to remove the vaccine mandate on 911. At this time, a large majority of the general population has been vaccinated or developed some immunity from prior exposure, we have had advancements in treatment for the virus, and have achieved low hospitalization rates.  For those with accommodation requests in progress, please be advised that Employee Relations will be in touch shortly to update you on the next steps. Based on the recommendation of scientists, health officials, and our own medical professionals, the COVID-19 vaccines provide the best protection against serious illness.  The Moderna, Pfizer, Johnson & Johnson and NovaVax vaccines are held to the same rigorous safety and efficacy standards as all other vaccines in the US and Canada, and are highly recommended by federal health authorities for all those ages 5 and up.  Vaccines work to reduce your chance of experiencing serious illness from even the most recent variants of COVID-19; the antibodies developed from vaccination can help mitigate the most severe symptoms.*
*The CDC recommends everyone stay up to date with COVID-19 vaccines for their age group:*

DUNBAR_000913

1. Children and teens ages 6 months–17 years
2. Adults ages 18 years and older

*To read more about why vaccination is our best defense, refer to CDC guidance, and always consult your personal physician when making medical decisions.*

*We encourage you to remain up to date on your COVID vaccines in order to protect yourself against serious illness and continue following all other safety protocols on set – do not come to work if you have unexplained COVID like symptoms, conduct a self-check daily, be particularly vigilant about wearing masks where mandated, and follow the safe hygiene practices including the use of hand sanitizer throughout your workday.*

*At any point in the future, if the COVID landscape changes, we may revisit the mandate.*

- *20th Television*



DUNBAR_000914

**EXHIBIT M**

**Page 1**

1      UNITED STATES DISTRICT COURT
2      FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
4
5   Rockmond Dunbar,
6                    Plaintiff,
7              v.           Case. No.
8                           2:22-cv-01075
9                  DMG-JC
10   American Broadcasting
11   Companies, Inc., et. al.,
12                  Defendants.
13
14
15      REMOTE DEPOSITION OF TIMOTHY MINEAR
16              October 10, 2023
17
18
19
20
21
22
23   Stenographically Reported by:
24   Bonnie Pruszynski, RMR, CA CSR No. 13064
     Job No. J10381642
25

**Page 3**

1   APPEARANCES:
2
3   Counsel for the Plaintiff:
4   SIRI GLIMSTAD
5          745 Fifth Avenue, Suite 500
6          New York, New York 10151
7   BY:    Mason Barney, Esq.
8
9   Counsel for Defendants
10   TWENTIETH CENTURY FOX FILM:
11   MCDERMOTT WIILL & EMERY LLP
12          2049 Century Park East, Suite 3200
13          Los Angeles, CA 90067-3206
14   BY:    Maria Rodriguez, Esq.
15
16
17
18
19
20
21
22
23
24
25

**Page 2**

1
2
3
4                        October 10, 2023
5                        9:56 a.m.
6
7
8                  REMOTE DEPOSITION OF TIMOTHY
9   MINEAR, before Bonnie Pruszynski, CA Certified
10   Shorthand Reporter No. 13064, a Registered Merit
11   Reporter, Certified Livenote Reporter, and Notary
12   Public of the States of New York and Florida.
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1       (Witness sworn.)
2   TIMOTHY MINEAR,
3       called as a witness, having been first
4       duly sworn, was examined and testified
5       as follows:
6   EXAMINATION
7   BY MR. BARNEY:
8    Q.   Good morning, Mr. Minear.
9    A.   Hi.
10    Q.   My name is Mason Barney.  I'm an attorney.
11   I represent Rockmond Dunbar in this litigation.  Today
12   we're going to ask you some questions, and the court
13   reporter is going to be here recording your answers
14   and my questions.  The court reporter has placed you
15   under oath.  That is the same oath that is done in a
16   court of law.  Are you familiar with that type of an
17   oath?
18    A.   Yes.  I've written that before.
19    Q.   Written it for your shows?
20    A.   Yes, of course.
21    Q.   There we go.
22        So, you're familiar with the fact that
23   you're now testifying under penalty of perjury?
24    A.   Yes.
25    Q.   All right.  Understood.



TIMOTHY MINEAR
DUNBAR V. ABC, INC., ET AL.

October 10, 2023
189–192

Page 189

1 "working on an idea." I believe you were referring to
2 what you said in the e-mail on December 1st, 2022, on
3 the first page there?
4    A.   Yep.
5    Q.   The 11:23, "Yeah, we are working on an idea
6 now."
7    A.   Yeah. Yeah.
8    Q.   It says: "Have to get some ducks in a row
9 before I can really approach you with it."
10   A.   Yes.
11   Q.   What ducks were you thinking about there?
12   A.   I hadn't talked to anyone.
13   Q.   Okay.
14   A.   And when I say, "Yeah, working on an idea
15 now," what that means is, leave me the fuck alone. I
16 will figure it out later, but I'm interested.
17   Q.   Okay. Understood.
18       (Exhibit 33, MINEAR00000180-185
19   marked for identification, as of this
20   date.)
21 BY MR. BARNEY:
22   Q.   So, now let's pull up Exhibit 33, which you
23 mentioned the conversation with Ms. Reidel, and I
24 think --
25   A.   Yep.

Page 190

1    Q.   -- this is --
2    A.   There was a lot of typos in this. I am
3 happy to translate anything.
4    Q.   I may have a question or two on that, but
5 you type at least as well as I do in texts. I will
6 say that much.
7        So -- I'm sorry. One second.
8        So, yeah. On 181, you say -- I believe
9 you're the dark color and Ms. Reidel is the light
10 color. Is that correct?
11   A.   That's correct.
12   Q.   It says, "it looks like you can bring
13 Michael back if you want, maybe for an episode or two
14 if not interests you."
15   A.   That should say, "if that interests you."
16   Q.   Okay. And Michael, you're referring to
17 Mr. Dunbar's character?
18   A.   Yes. But she thought I was referring to a
19 director who had recently directed an episode of Lone
20 Star.
21   Q.   Ah, okay. Well, that addresses my next
22 question.
23       And did you have this conversation after the
24 conversation with Mr. Moheet?
25   A.   It was sort of around the same time.

Page 191

1    Q.   Okay.
2    A.   Mr. Moheet was the thing that sort of like
3 put a little fire under me.
4    Q.   Um-hum.
5    Q.   So, why did you say "an episode or two"?
6 Why not bring him back more permanently?
7    A.   Look, that character really had no business
8 being on the show after season three. So, it's very
9 difficult to justify bringing him back for a big arc
10 or something, when we're just not going to be cutting
11 away to Michael standing there like Mr. Brady over his
12 drafting table. Like it's just not going to happen.
13       But whenever he's on screen, he is additive.
14 And as I said to you before, one of the things that
15 touched me about him, when he asked me not to let him
16 die of a medical brain tumor, is that here you have
17 this actor who is capable of probably Hamlet. Like
18 he's extremely good. And I have him showing up in
19 scenes going, okay, kids, ready to go to grandma's?
20 Like that's kind of what he was doing on the show.
21       But he wasn't complaining about it. I mean,
22 why would you when you're getting paid that pile of
23 money, and you kind of know you're going to have to
24 work. But I knew he was capable of so much more, and
25 I felt as a writer kind of shitty that I wasn't

Page 192

1 exploiting this man's incredible talent. I mean, I
2 would say he was in the top three actors on that show.
3    Q.   Wow.
4    A.   100 percent. But the character just wasn't
5 important. He was being wasted, quite frankly.
6    Q.   So, I'm going to -- that's very lovely to
7 say. I'm going to --
8    A.   It's all true.
9    Q.   -- scroll to the next page.
10   A.   Everyone loves that Michael.
11   Q.   That was going to be my next question. And
12 "I was saying that it was his mother. Presumably
13 she's aware he's not on the show." I say presumably."
14       Do you know what Ms. Reidel was referring to
15 there?
16   A.   I think we were talking about the young
17 actor who was playing Harry, who was Michael's son.
18 You know, he was a young man who was having anxiety
19 problems and panic attacks, and he had to walk off the
20 set in a middle of a scene and could not bring himself
21 to come back to the set. And I just -- he had been
22 with the show for a long time, and we had to rearrange
23 stories and rewrite stuff, because he didn't feel
24 mentally healthy enough to come back to work, and the
25 last thing I wanted to do in that instance is give him



TIMOTHY MINEAR
DUNBAR V. ABC, INC., ET AL.

October 10, 2023
193–196

Page 193

1 any more anxiety. So, I made it super clear to his
2 mother and to him that he was loved and he was not
3 being fired.
4    Q.    Understood.
5    A.    Because of the health situation, I was
6 not -- I was willing to kind of rewrite things until
7 he felt capable of coming back, and that just never
8 happened.
9    Q.    Okay.
10    A.    And I think what Kristen is talking about
11 here is that either the boy's mother reached out to
12 her or she is talking about the representative of that
13 child, and I think his mother was his agent.
14    Q.    Ah. Got it.
15    A.    That is sort of the best I can do for you
16 there.
17    Q.    Okay. So, did this conversation have
18 anything to do with your ideas about bringing
19 Mr. Dunbar back?
20    A.    Absolutely, they would have.
21    Q.    Okay. In what way?
22    A.    Well, in the way that Harry and Michael both
23 went to -- that Harry went off to visit Michael in
24 Haiti.
25    Q.    Ah.

Page 194

1    A.    Like basically -- here is the thing,
2 Counselor. If you're ever a character on 9-1-1, hope
3 that you never get sent to Haiti.
4    Q.    Why do you say that?
5    A.    Because that's where I send you when I can't
6 use you anymore.
7    Q.    Got it. Got it.
8         So, going on to the next page, so this is
9 December 3rd, 2022 I believe.
10    A.    Um-hum.
11    Q.    You say, "Hey, I'm working on getting
12 clarity on the Rockmond question, meaning I want to
13 make sure the studio gives us total green light if
14 having him guest is something we want to do. I will
15 keep you updated."
16    A.    Yes.
17    Q.    Working on getting clarity, what were you
18 doing at that point?
19    A.    I had -- I mean, after everything that had
20 gone down, I had to pick up a phone and call the
21 executives at the studio and let them know what I
22 wanted to do.
23    Q.    Who would those executives be?
24    A.    Well, it would start with Stephanie and
25 Sharon, and then they would probably go to Tanya

Page 195

1 Menton or somebody in legal.
2    Q.    Okay. Do you remember having those
3 conversations with Stephanie?
4    A.    Yep.
5    Q.    And what was her reaction?
6    A.    We already talked about this; right? Like I
7 called her and told her what I wanted to do it, and it
8 was like, let me get some clarity. And then it was
9 like, stop talking to his reps, things are not
10 repaired here yet.
11    Q.    Understood. Okay.
12         And by "studio" here, I'm assuming you meant
13 20th.
14    A.    Well, Disney, yeah.
15    Q.    Okay. So, would you agree that it was 20th
16 that made the decision not to bring Mr. Dunbar back on
17 the show?
18    A.    It wasn't me. I mean, it was Disney. It
19 was whoever issued that mandate who had responsibility
20 for the health and safety of the cast and crew.
21    Q.    Okay. But at this point, the mandate, I
22 think, had been lifted, so --
23    A.    So then what was your question? Weren't you
24 asking about the --
25    Q.    Who made the ultimate decision not to bring

Page 196

1 back Mr. Dunbar.
2    A.    I would -- yeah. It was the studio. It
3 wasn't me.
4    Q.    Okay. Also, it says -- Ms. Reidel says
5 here, "Maybe also get clarity on financial impact is?"
6    A.    Yep.
7    Q.    I'm assuming the "is" is a mistake.
8         "Are we paying him 100K"?
9    A.    Yep.
10    Q.    Why would you be worried about the financial
11 impact there?
12    A.    What do you mean?
13    Q.    I mean, was there a particular reason why
14 you understood Ms. Reidel was concerned about the
15 financial impact?
16    A.    She was wondering if we were reinstating him
17 to kind of his old salary.
18    Q.    Okay. And I believe your response here, if
19 I scroll down to the next page, is, "Let's get
20 permission first. Then we'll talk budget."
21    A.    Yes.
22    Q.    "It might be something that the network
23 gives us breakage on."
24    A.    Right.
25    Q.    And by "breakage," you're referring to what



**EXHIBIT N**

**From**:       Levinson, Stephanie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=45E69BF788E84FA39EF5B765834BAD87-LEVINSON, S]
**Sent**:      10/13/2021 1:24:18 AM
**To**:        omniryan@yahoo.com
**CC**:        Sara Stelwagen [sarastelwagen@gmail.com]; Klein, Sharon [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=ebb52a3aa7424816b59a625bcbdcd147-Klein, Shar]
**Subject**:   Rockmond Dunbar -911

He isn't interested in complying with the Disney vaccination policy so Tim is writing him off (not killing him). He is going to Haiti to build houses thought you should know.

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On September 16, 2025, I electronically filed the **PLAINTIFF ROCKMOND DUNBAR'S TRIAL BRIEF** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 16, 2025, at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang
dayna@jwhowardattorneys.com

PLAINTIFF'S TRIAL BRIEF                                    CASE NO. 22-cv-1075-DMG (JCx)