Scott J. Street (SBN 258962)
Mitchell B. Stein (SBN 82966)
**JW HOWARD/ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com
mitchell@jwhowardattorneys.com

*Attorneys for Plaintiff Rockmond Dunbar*

**MCDERMOTT WILL & SCHULTE LLP**
Maria Rodriguez (SBN 194201)
mcrodriguez@mwe.com
Christopher Braham (SBN 293367)
cbraham@mwe.com
Elvira Kras (SBN 320390)
ekras@mwe.com
Ariel Beverly (SBN 324656)
abeverly@mwe.com
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:  +1 310 277 4110
Facsimile:   +1 310 277 4730

*Attorneys for Defendants Twentieth Century Fox Film Corporation and American Broadcasting Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKMOND DUNBAR,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>Defendant | Case No. 2:22-cv-1075-DMG (JCx)<br><br>**JOINT STIPULATION REQUESTING FURTHER PRETRIAL CONFERENCE**<br><br>FAC filed: May 6, 2022<br>SAC filed: August 15, 2022 |

**JOINT REQUEST FOR FURTHER PRETRIAL CONFERENCE**

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that IT IS HEREBY STIPULATED by and between Plaintiff Rockmond Dunbar ("**Plaintiff**") and Defendants American Broadcasting Companies, Inc. ("**ABC**") and Twentieth Century Fox Television, a Unit of Twentieth Century Fox Film Corporation ("**Twentieth**") (ABC and Fox, collectively referred to as "**Defendants**" and Plaintiff and Defendants, collectively referred to as the "**Parties**"), through their respective counsel of record, as follows:

**WHEREAS**, the Parties participated in a Final Pre-Trial Conference on February 11, 2025;

**WHEREAS,** the Parties have worked together in good faith to resolve as many issues as possible but there are several outstanding issues the Parties believe require the Court's resolution,

**WHEREAS,** the Parties believe that holding a further pre-trial conference, before the first day of trial, will streamline the trial and facilitate further settlement discussions;

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED**: The Parties jointly request a further pre-trial conference before the Court on September 30th, or the next date convenient for the court.

1

**JOINT REQUEST FOR FURTHER PRETRIAL CONFERENCE**

Dated: September 26, 2025     **MCDERMOTT WILL & SCHULTE LLP**

By: _____
    MARIA RODRIGUEZ
    CHRISTOPHER BRAHAM
    ELVIRA KRAS
    ARIEL BEVERLY
    Attorneys for Defendants
    TWENTIETH CENTURY FOX FILM CORPORATION and AMERICAN BROADCASTING COMPANIES, INC.

Dated: September 26, 2025     **JW HOWARD | ATTORNEYS, LTD.**

By: _/s/ Scott J. Street_____
    SCOTT J. STREET
    MITCH STEIN
    JOHN W. HOWARD
    *Attorneys for Plaintiff*
    ROCKMOND DUNBAR

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Maria Rodriguez, attest that all signatories listed, on whose behalf this filing is being submitted, concur in the filing's content and have authorized the filing.

Dated: September 26, 2025

By:_____
MARIA RODRIGUEZ

**JOINT REQUEST FOR FURTHER PRETRIAL CONFERENCE**