Scott J. Street (SBN 258962)
Mitchell B. Stein (SBN 82966)
**JW HOWARD │ ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com
mitchell@jwhowardattorneys.com

Attorneys for Plaintiff ROCKMOND DUNBAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR, | Case No. 22-cv-1075-DMG (JCx) |
| Plaintiff, | [Assigned to the Hon. Dolly Gee] |
| vs. | **OBJECTION TO POWERPOINT PRESENTATION PROPOSED FOR DEFENDANTS' OPENING STATEMENT** |
| AMERICAN BROADCASTING COMPANIES, INC; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION, | |
| Defendants. | Date: October 14, 2025<br>Time: 8:30 a.m.<br>Crtrm.: 8C |

///

///

///

///

///

///

///

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

**TO THE COURT AND ALL PARTIES, PLUS THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Rockmond Dunbar herby objects to the 18-slide PowerPoint presentation that Defendants Twentieth Century Fox Television *et al.* ("Defendants") intend to show the jury during their opening statement. A copy of the proposed presentation is attached as Exhibit "A."

The presentation is improper and should be stricken for several reasons.

*First*, many of the slides discuss the law. Counsel cannot discuss the law in the opening statement. *See, e.g., Schwartz v. Sys. Software Assocs., Inc.*, 32 F.3d 284, 288 (7th Cir. 1994) ("Since it was the province of the district court to pass upon the law … it was entitled to tell plaintiff's counsel to refrain from legal argument in his opening statement.").

*Second*, the Court's case management order states clearly that, during opening statements: "Counsel must not consume time by writing out words, drawing charts or diagrams, etc." ECF 70 at 13. The only exception is for an item that "was prepared earlier as ordered by the Court to save time." *Id.* But, to our knowledge, the Court did not give defense counsel permission to show an argumentative, 18-page PowerPoint presentation to the jury during opening statements. And it would not save time. The Court limited opening statements to thirty minutes per side and said less time would be better. It would take more than thirty minutes just to read the 18-slide PowerPoint presentation.

*Third*, the PowerPoint presentation discusses facts that have not been admitted into evidence and which may not be admitted into evidence, including: (1) facts regarding the start of the COVID-19 pandemic; (2) facts regarding the entertainment industry being an "essential" business; and (3) facts regarding "health and safety" practices that Disney companies followed on *9-1-1* and other television productions. The presentation also includes a detailed discussion of Dunbar's subsequent request

for medical accommodation, which has no bearing on the sincerity of his religious beliefs and Defendants' refusal to accommodate those beliefs.

*Fourth*, the presentation contains argument about Dunbar's actions. It portrays him as "pivot[ing]" from one request to another. It accuses him of "hid[ing]" information about his medical practices during discovery. It says he switched lawyers twice during the case and says "Today" will be "Trial — with Dunbar's Lawyer #3." Exhibit A at 18.

Put simply, the 18-slide PowerPoint presentation is attorney argument. It is defense counsel's spin on this case. Defense counsel might be allowed to show parts of this presentation during closing argument, though we would still object to the slides as misstating the evidence and the law, confusing the issues, and misleading the jury, among other grounds. *See United States v. McGhee*, 532 F3d 733, 741 (8th Cir. 2008) (discussing rules for visual aids used during closing argument). But it would be reversible error to let the jury see these slides during opening statements. The prejudice from them could not possibly be cured.

Respectfully submitted,

Dated: October 6, 2025

JW HOWARD/ ATTORNEYS, LTD.

By: */s/ Scott J. Street*

Scott J. Street
Attorneys for Plaintiff ROCKMOND
DUNBAR

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

**EXHIBIT A**

MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:  +1 310 277 4110
Facsimile:   +1 310 277 4730

Attorneys for Defendants
TWENTIETH CENTURY FOX FILM
CORPORATION and AMERICAN
BROADCASTING COMPANIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.; TWENTIETH CENTURY FOX TELEVISION, A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION DOING BUSINESS AS 20TH TELEVISION,<br><br>Defendants. | CASE NO. 2:22-cv-1075-DMG (JCx)<br><br>**DEFENDANTS TWENTIETH CENTURY FOX FILM CORPORATION AND AMERICAN BROADCASTING COMPANIES, INC.'S DISCLOSURE OF DEMONSTRATIVES [L.R. 16-3]**<br><br>First Amended Complaint Filed:　May 6, 2022<br><br>Second Amended Complaint Filed:　August 15, 2022 |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Central District of California Local Rule 16-3, Defendants TWENTIETH CENTURY FOX FILM CORPORATION and AMERICAN BROADCASTING COMPANIES, INC. (together, "Defendants") hereby disclose Exhibit A as graphic and illustrative material they intend to show to the trier of fact. Defendants further hereby disclose that they may use extracts of information or graphic illustrations of the information contained in the following documents:

- DUNBAR_000368
- DUNBAR 13-116
- FOX00000192
- FOX0000786-87
- DUNBAR_000244
- DUNBAR_001659
- A3 Artists Agency/Dunbar 000131
- FOX00000023
- FOX00000007
- FOX00000383
- FOX00000310
- FOX00000354
- FOX00000354
- FOX00000288-293
- CUW_Dunbar_000029
- M_DUNBAR_000451
- FOX00000306
- FOX00000266-267
- DUNBAR000474-76
- FOX00000266
- FOX00000260
- FOX00000249

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

1      • FOX00000402-06

2      • FOX00000402

3      • FOX00000402

4      • FOX00000367

5      • FOX00000297-99

6      • FOX00000297-99

7      • FOX00000296

8      • FOX00000576

Dated: October 3, 2025      **MCDERMOTT WILL & EMERY LLP**

By:    */s/ Ariel Beverly*
         MARIA RODRIGUEZ
         CHRISTOPHER BRAHAM
         ARIEL BEVERLY
         Attorneys for Defendants
         TWENTIETH CENTURY FOX FILM
         CORPORATION and AMERICAN
         BROADCASTING COMPANIES, INC.

# **<u>EXHIBIT A</u>**

# **One Claim**: Title VII Religious Discrimination – COVID-19 Vaccine

## Only **Two Issues**:

**1**

Did Mr. Dunbar have a sincerely held religious belief that prevented him from taking any of the COVID-19 vaccines?

**2**

Did Mr. Dunbar genuinely engage in the interactive process regarding his request for religious accommodation?

*The vaccine and vaccine mandate are <u>not</u> at issue for the jury. There is no medical accommodation claim in this case.*

# The Applicable Standard



## PERSONAL CHOICE IS NOT THE STANDARD

- *20th respects Mr. Dunbar's personal choice*

- *But the standard for accommodation or exemption from the vaccine is not based on personal choice and personal choice is not protected by Title VII*



## TITLE VII IS THE STANDARD

- *Title VII standard is: a sincerely held religious belief that prevented Mr. Dunbar from taking any of the vaccines*

- *Title VII interactive process requires personal interaction between the employee and the employer to allow the employee to provide information and allow the employer the ability to assess the request*

- *Not for jurors to judge the vaccine or the vaccine mandate.*

# The Applicable Standard



**PERSONAL CHOICE IS NOT THE STANDARD**

- *20th respects Mr. Dunbar's personal choice*

- *But the standard for accommodation or exemption from the vaccine is not based on personal choice and personal choice is not protected by Title VII*



**TITLE VII IS THE STANDARD**

**DUNBAR'S CONTRACT**

**UNION AGREEMENTS – RTW**

## Zone A

Actors who are unmasked -- and unable to mask while filming or in makeup -- and others who worked with a performer while the performer was unmasked (e.g. directors, camera operators, hair and make-up professionals, etc.).

## Zone B

Employees who work on a "hot" set, but who are not present in a workspace with a performer or background actor while the performer or background actor is not wearing PPE. Use of PPE and stringent physical distancing practices are observed and enforced within Zone B.

## Zone C

Employees who can wear PPE at all times, only work with other employees wearing PPE, are not required to be within six feet of anyone for more than 15 minutes, and do not come into contact with Zone A or B employees.

## Zone D

Everyone else, including the outside world that cast and crew go to when not working— their homes, hotels, or other public places. Everything in Zone D has the potential to affect Zone A and B.

## Zone A

Actors who are unmasked -- and unable to mask

performer while the performer was unmasked (e.g. directors, camera operators, hair and make-up professionals, etc.).

## Zone B

Employees who work on a "hot" set, but who

background actor while the performer or background actor is not wearing PPE. Use of PPE and stringent physical distancing practices are observed and enforced within Zone B.

## Zone C

Employees who can wear PPE at all times,

to be within six feet of anyone for more than 15 minutes, and do not come into contact with Zone A or B employees.

## Zone D

Everyone else, including the

not working their homes, hotels, or other public places. Everything in Zone D has the potential to affect Zone A and B.

**+** **Most restrictive**

**Least restrictive** **−**

**Masking**



**Contact Tracing**





**Social Distancing**



**Mandatory Testing**



# Increased Masking

- N95 mask…must be worn by the unvaccinated actor whenever in "zone b" for essential activity…if unable to wear mask, a shield must be worn

- Hair & makeup for unvaccinated actors must be done without other unmasked cast present. Mask and shield must be worn by HMU team when styling unvaccinated actors.

# Minimized Contact

- *At no time may an unvaccinated actor be on set with a minor under age 12.*

- Work to avoid scenes containing more than one unvaccinated unmasked actor on set at the same time.

# Increased Distancing

Unvaccinated players:
- to remain isolated in their trailer/ holding area when not shooting
- must be isolated in a holding area near set between takes

# Increased Testing

Unvaccinated cast will be tested 5 days/week instead of 3x/week standard Zone A cadence (3x PCR tests per week, 2x rapid tests on the intervening days).



**Notice, Instructions, and 3 reminder emails to 9-1-1 cast re vaccine mandate**

**9-1-1 reaches out to Dunbar; they learn he doesn't want to take the vaccine**

**9-1-1 COVID-19 Vaccination (last/single shot) deadline for Zone A workers**

**9-1-1 COVID-19 Full Vaccination deadline for Zone A workers**

**Dunbar's contract is terminated for failure to comply with COVID-19 policy**

**09/01-09/21 2021**   **09/30/21**   **10/4/21**   **10/18/21**   **11/10/21**

**Disney engages in the interactive process**

# How The Interactive Process Works

**1**

Employee submits accommodation request

**2**

Request assigned to someone in HR/ER (Erin Nguyen  or someone else on the team who was also doing that work).

**3**

HR/ER would review information submitted and then contact the employee who had submitted request, to schedule a conversation.

**4**

Based on documentation & conversation, decide whether the employee was unable to be vaccinated due to his/her sincerely-held religious beliefs.

This process was the same across all of Disney's shows that implemented mandatory COVID-19 vaccine policies.

# CONGREGATION OF UNIVERSAL WISDOM



Founded in 1975 by Dr. Charles Schilling, a chiropractor. Schilling has never spoken to Dunbar or his wife (Schilling Deposition p. 17)

- CUW is not tax exempt, has no building and holds no meetings or services
- CUW dues are used to pay for their website and Schilling's salary

The primary purpose for CUW is to keep the body pure. (Schilling Deposition, p. 29)



It shall be sacrilege to ingest, inject, apply or inhale medication or other chemical substances that defy natural law

Case 8:24-cv-01075-DMG-JC          Document 1-1   Filed 05/17/24   Page 22 of 37   Page ID
#:7768



# CONGREGATION
# OF
# UNIVERSAL WISDOM

We believe that it <u>defiles</u> the Holy Tenet of God to introduce toxic drugs/vaccines under God's teaching are "<u>UNCLEAN SUBSTANCES.</u>"

Members who violate our tenets are considered sinful.

The punishment for these sins are the deleterious consequences on the members body and soul.



**M
E
D
I
C
A
L**

**9/30:** Disney contacts Dunbar because he did not return his vaccine verification, and learn for the first time that he may want an accommodation.

→

**9/30:** Erin sends Dunbar the forms to request medical or religious accommodation

→

**9/30:** Dunbar sends back an **insufficient doctor's note**

↓

**10/04:** Erin again explains to Dunbar that his doctor's **note is insufficient and tells him what it needs to say**

←

**10/04:** Dunbar **submits same doctor's note; refuses to confirm an actual medical condition**

←

**10/01:** Erin explains to Dunbar that his doctor's **note is insufficient and tells him what it needs to say.** **Dunbar says Disney has to wait for him.**

←



**DEAD END**

**Dunbar pivots**





**MEDICAL**

**9/30:** Disney contacts Dunbar because he did not return his vaccine verification, and learn for the first time that he may want an accommodation.

→

**9/30:** Erin sends Dunbar the forms to request medical or religious accommodation

→

**9/30:** Dunbar sends back an **insufficient doctor's note**

↓

**10/04:** Erin again explains to Dunbar that his doctor's **note is insufficient and tells him what it needs to say**

←

**10/04:** Dunbar **submits same doctor's note;** refuses to confirm an actual medical condition

←

**10/01:** Erin explains to Dunbar that his doctor's **note is insufficient and tells him what it needs to say. Dunbar says Disney has to wait for him.**

**DEAD END**

←

↓

**10/12:** Dunbar asks Erin to email him any questions

→

**10/12:** Erin explains to Dunbar that the matter is with legal, who have been in touch with his rep

→

**10/14:** Erin emails Dunbar about discussing a medical accommodation and gives him questions

→

**10/14:** Dunbar submits same dr's note, still refuses to confirm disability/medical condition that prevents him from the vaccine

↓

**11/10: Dunbar's contract is terminated**

←

**10/20-10/29:** Erin asks if company doctor and Dunbar doctor can talk confidentially; needed information is not provided

←

**10/20:** Dunbar submits nearly identical doctor's note

←

**10/15:** Erin again explains that the doctor's note is insufficient; again gives him the specific language that is needed

Case 8:24-cv-01075-DMG-JC          Document 47-5   Filed 06/27/25   Page 26 of 37   Page ID
#:7772



# CONGREGATION OF UNIVERSAL WISDOM

Founded in 1975 by Dr. Charles Schilling, a chiropractor. Schilling has never spoken to Dunbar or his wife (Schilling Deposition p. 17)

- CUW is not tax exempt, has no building and holds no meetings or services
- CUW dues are used to pay for their website and Schilling's salary

The primary purpose for CUW is to keep the body pure. (Schilling Deposition, p. 29)

It shall be sacrilege to **ingest, inject, apply, or inhale medication** or other chemical substances that defy natural law

# Excerpts from Dunbar's Invasive Procedures and Drug Intake







Receives **injection** and medication for shoulder pain; shoulder drained

Prescribed **oral pill steroid** Medrol Dosepak for shoulder inflammation

Continues **Synthetic Testosterone injections (2X / week) and Anastrozole**

**Vasectomy** and **Sildenafil (Viagra)**

**Medications Wixela, Amlodipine, Albuterol, Prednisone, Trelegy**

**Oct. 2014**   **Oct. 2017**   **Nov 2018.-present**   **Dec. 2020**   **Jul. 2022**

**Feb. 2016**   **Nov. 2018**   **Nov. 2020**   **Mar. 2022**

Prescribed Advair **inhaler** for asthma

Begins **Synthetic Testosterone injections (2X / week)**

Receives **steroid injection** for shoulder pain

Prescribed **nasal spray** for asthma






# Excerpts from Dunbar's Drug Intake

| |
|---|
| **Acetaminophen** |
| **Advair** |
| **Albuterol** |
| **Alprazolam** |
| **Amlodipine Besylate** |
| **Amox-Clav** |
| **Anastrozole** |
| **Anoro Ellipta** |
| **Azelastine** |
| **Azithromycin** |
| **Budesonide-Formoterol** |
| **Celecoxib** |
| **Cephalexin** |

# Excerpts from Dunbar's Drug Intake

Excerpts from Dunbar's Drug Intake

| |
|---|
| **Clindamycin** |
| **Dymista Nasal Spray** |
| **Etodolac** |
| **Flovent HFA** |
| **Hydrochlorothiazide** |
| **Hydrocodon-Acetaminoph** |
| **Hydroxyzine** |
| **Ibuprofen** |
| **Iprat-Albut** |
| **Ipratropium BR** |
| **Methylprednisolone** |
| **Montelukast Sod** |

# Excerpts from Dunbar's Drug Intake

Excerpts from Dunbar's Drug Intake

| Mupirocin |
| Nystatin |
| Penicillin |
| Prednisone |
| ProAir HFA |
| Promethazine/Codeine |
| Qvar |
| Sildenafil (Viagra) |
| Synthetic Testosterone |
| Trelegy Ellipta |
| Ventolin |
| Wixela |

Case 2:22-cv-00249-FWS-DFM   Document 26-7   Filed 12/29/22   Page 31 of 37   Page ID #.7777

# TIMELINE OF COVID VACCINE MANDATES

## How did we get here?



Case 2:21-cv-01024-NG-JPC   Document 26   Filed 10/28/21   Page 32 of 37   Page ID #.7778

# TIMELINE OF COVID VACCINE MANDATES

## How did we get here?



# TIMELINE OF EXEMPTIONS AND THE INTERACTIVE PROCESS

## How did we get here?



# TIMELINE OF EXEMPTIONS AND THE INTERACTIVE PROCESS

## How did we get here?



# TIMELINE OF EXEMPTIONS AND THE INTERACTIVE PROCESS

## How did we get here?



# TIMELINE OF THE CASE

## How did we get here?



**2021**
Dunbar's lawyer #1 contacts 20th

**2022**
Dunbar sues Disney – lawyer #2

**2023**
Disney learns of Dunbar's medical and chemical use of steroids, Viagra, etc.

**2024**
Disney discovers evidence Dunbar hid synthetic testosterone injections (2x/week) and Anastrozole

**2025**
Dr. Schilling, CUW Founder, says Dunbar's behavior is "sacrilege"

**TODAY**
Trial – with Dunbar's lawyer #3

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On October 6, 2025, I electronically filed the **OBJECTION TO POWERPOINT PRESENTATION PROPOSED FOR DEFENDANTS' OPENING STATEMENT** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2025, at San Diego, California.

*/s/ Dayna Dang*_____
Dayna Dang
dayna@jwhowardattorneys.com