JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
Oct 17, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rockmond Dunbar, <br><br> PLAINTIFF(S) <br> v. <br> Twentieth Century Fox Television, a unit of Twentieth Century Fox Film Corporation d/b/a 20th Television, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 22-01075-DMG (JCx) <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable **Dolly M. Gee**, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff:

Rockmond Dunbar.

take nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: 10/17/25

By _____ Derek Davis
Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record

CV-44 (11/96)       JUDGMENT ON THE VERDICT FOR DEFENDANT(S)